THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| H.B., | ) | CIVIL ACTION FILE |
| | ) | |
| Plaintiffs, | ) | NO. 1:22-CV-01181-JPB |
| | ) | |
| v. | ) | |
| | ) | |
| RED ROOF INNS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### **DEFENDANTS' EXPERT DISCLOSURE**

Pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure, Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC submit the following names of the expert witnesses they anticipate calling to testify at trial to provide expert testimony in their respective fields.

### **RETAINED EXPERTS**

1. *Greg Bristol*
   Criminality & Law Enforcement Expert
   BREAK THE CHAIN LLC
   15920 Fairway Drive
   Dumfries, Virginia 22025
   (304) 492-5855

2. *Kimberly Mehlman-Orozco, Ph.D.*
   Human Trafficking Expert
   BREAK THE CHAIN LLC
   15920 Fairway Drive
   Dumfries, Virginia 22025
   (703) 362-9405

6067889

3. *Matthew Norman, M.D.*
   Board-certified Psychiatrist
   4401 Northside Pkwy NW, Suite 245
   Atlanta, Georgia 30327
   (404) 495-5900

4. *Michael Seid*
   Franchise Expert
   MSA WORLDWIDE
   94 Mohegan Drive
   West Hartford, Connecticut 06117
   (869) 523-4257

The reports of the above-mentioned experts, pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, are being served on Plaintiff in accordance with this Court's Amended Scheduling Order.

This 26th day of July, 2023.

                                        Respectfully submitted,

TUCKER ELLIS LLP                        */s/ Sandra J. Wunderlich*
950 Main Avenue, Suite 1100             Sandra J. Wunderlich (*admitted pro hac vice*)
Cleveland, OH  44113-7213               Chelsea Mikula (*admitted pro hac vice*)
Telephone:  216.592-5000                C. Ashley Saferight (*admitted pro hac vice*)
Facsimile:  216.592-5009
sandra.wunderlich@tuckerellis.com
chelsea.mikula@tuckerellis.com
ashley.saferight@tuckerellis.com

6067889

GREENBERG TRAURIG LLP  
Terminus 200  
3333 Piedmont Road NE, Suite 2500  
Atlanta, GA  30305  
Telephone:  678.553.2100  
duccam@gtlaw.com  
coxb@gtlaw.com  

Marcella C. Ducca  
Ga Bar No. 115079  
Brandon D. Cox  
Ga Bar No. 832025  

*Attorneys for Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC*

6067889

## **RULE 7.1D CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D) of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14-point size.

Dated:  July 26, 2023                             */s/ Sandra J. Wunderlich*
                                                  Sandra J. Wunderlich
                                                  *One of the Attorneys for Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC*

6067889

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2023, ***Defendants' Expert Disclosure*** was filed electronically. Service of this filing will be made pursuant to Civ. R. 5(b)(2)(e) by operation of this Court's electronic filing system. Parties may access the filing through the Court's system.

>*/s/ Sandra J. Wunderlich*
>Sandra J. Wunderlich
>*One of the Attorneys for Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC*

6067889