# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| H.B., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE NO. |
| v. | : | 1:22-cv-01181-JPB |
| | : | |
| RED ROOF INNS, INC. et al., | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S MOTION TO EXCLUDE PORTIONS OF THE REPORTS AND TESTIMONY OF DEFENDANTS' EXPERTS REFERRING TO PLAINTIFF'S ATTORNEYS AS AMBULANCE-CHASING SHYSTERS AND OTHER IRRELEVANT OPINIONS

COMES NOW, Plaintiff and hereby moves to exclude portions of the reports and testimony of Defendants' experts Dr. Kimberly Mehlman-Orozco and Michael Seid due to the irrelevancy of the opinions to the instant case. Plaintiff asks the Court to exclude the topics discussed in Plaintiff's Brief.

Along with this Motion, Plaintiff submits her brief in support for the Court's review.

Respectfully submitted this 18th day of September, 2023.

                                        **ANDERSEN, TATE, AND CARR, P.C.**

                                        */s/ Jonathan S. Tonge*
                                        Patrick J. McDonough
                                        Georgia Bar No. 489855
                                        pmcdonough@atclawfirm.com

                                                          Jonathan S. Tonge  
                                                          Georgia Bar No. 303999  
                                                          jtonge@atclawfirm.com  
                                                          *Attorneys for Plaintiff*

One Sugarloaf Centre  
1960 Satellite Boulevard, Suite 4000  
Duluth, Georgia 30097  
(770) 822-0900 | Telephone  
(770) 822-9680 | Facsimile

## RULE 7.1(D) CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D) of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14-point size.

Respectfully submitted this 18th day of September, 2023.

**ANDERSEN, TATE, AND CARR, P.C.**

*/s/ Jonathan S. Tonge*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| H.B., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE NO. |
| v. | : | 1:22-cv-01181-JPB |
| | : | |
| RED ROOF INNS, INC. et al., | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notice to counsel of record

Respectfully submitted this 18th day of September, 2023.

                                   **ANDERSEN, TATE, AND CARR, P.C.**

                                   ***/s/ Jonathan S. Tonge***
                                   Patrick J. McDonough
                                   Georgia Bar No. 489855
                                   pmcdonough@atclawfirm.com
                                   Jonathan S. Tonge
                                   Georgia Bar No. 303999
                                   jtonge@atclawfirm.com
                                   *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000

Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile