# SLIP SHEET

# EXHIBIT 35 - Expert Report- Bristol

# BEING FILED PROVISIONALLY UNDER SEAL