# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| H.B., | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE NO. |
| v. | : 1:22-cv-01181-JPB |
| | : |
| RED ROOF INNS, INC. et al., | : |
| | : |
| Defendants. | : |

## **AMENDED ENTRY OF APPEARANCE**

COMES NOW, Jennifer M. Webster, of the law firm of Andersen, Tate & Carr, P.C., and hereby enters an appearance as counsel on behalf of Plaintiff, H.B., in the above-styled action.

Respectfully submitted this 15th day of May, 2024.

                                            **ANDERSEN, TATE & CARR, P.C.**

                                            */s/ Jennifer M. Webster*_____
                                            Patrick J. McDonough
                                            Georgia Bar No. 489855
                                            pmcdonough@atclawfirm.com
                                            Jonathan S. Tonge
                                            Georgia Bar No. 303999
                                            jtonge@atclawfirm.com
                                            Jennifer M. Webster
                                            Georgia Bar No. 760381
                                            jwebster@atclawfirm.com
                                            *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000

Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| H.B., : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION FILE NO. |
| v. : | 1:22-cv-01181-JPB |
| : | |
| RED ROOF INNS, INC. et al., : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1D, Counsel certifies that the foregoing document complies with the font and point selections approved by the Court in L.R. 5.1.C. This document was prepared using Times New Roman 14-point font.

Respectfully submitted this 15th day of May, 2024.

                **ANDERSEN, TATE & CARR, P.C.**

                */s/ Jennifer M. Webster*_____
                Patrick J. McDonough
                Georgia Bar No. 489855
                pmcdonough@atclawfirm.com
                Jonathan S. Tonge
                Georgia Bar No. 303999
                jtonge@atclawfirm.com
                Jennifer M. Webster
                Georgia Bar No. 760381
                jwebster@atclawfirm.com
                *Attorneys for Plaintiff*

One Sugarloaf Centre

1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| H.B., | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE NO. |
| v. | : 1:22-cv-01181-JPB |
| | : |
| RED ROOF INNS, INC. et al., | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted this 15th day of May, 2024.

                                          **ANDERSEN, TATE & CARR, P.C.**

                                          */s/ Jennifer M. Webster*
                                          Patrick J. McDonough
                                          Georgia Bar No. 489855
                                          pmcdonough@atclawfirm.com
                                          Jonathan S. Tonge
                                          Georgia Bar No. 303999
                                          jtonge@atclawfirm.com
                                          Jennifer M. Webster
                                          Georgia Bar No. 760381
                                          jwebster@atclawfirm.com
                                          *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000

Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile