IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.B., | : |
|    Plaintiff, | : |
| v. | : CIVIL ACTION FILE |
| | : NO. 1:22-cv-01181-JPB |
| RED ROOF INNS, INC., et al., | : |
|    Defendants. | : |

**JOINT MOTION FOR AN EXTENSION OF TIME TO FILE CONSOLIDATED PRETRIAL ORDER**

On June 17, 2024, the Court denied Defendants' motions for summary judgment and ordered the parties to file a Consolidated Pretrial Order within fourteen days. Currently, Plaintiff's and Defendants' counsel are in the middle of a multi-week trial in front of Judge Calvert that is not expected to end until the second week of July. That case is *W.K. v. Red Roof Inns, Inc.* (No. 1:20-cv-5263). To have time to properly complete a Consolidated Pretrial Order in this case, the parties request an extension of time until Friday, August 2, 2024.

A proposed order granting the parties' joint motion is attached as Exhibit 1.

—*signatures appear on the next page*—

Respectfully submitted on June 19, 2024.

| | |
|---|---|
| */s/Marcella C. Ducca* | */s/ Rory A. Weeks* |
| Chelsea Mikula | Patrick J. McDonough |
| *Admitted pro hac vice* | Georgia Bar No. 489855 |
| C. Ashley Saferight | pmcdonough@atclawfirm.com |
| *Admitted pro hac vice* | Jonathan S. Tonge |
| TUCKER ELLIS LLP | Georgia Bar No. 303999 |
| 950 Main Avenue, Suite 1100 | jtonge@atclawfirm.com |
| Cleveland, OH 44113-7213 | Rory A. Weeks |
| chelsea.mikula@tuckerellis.com | Georgia Bar No. 113491 |
| ashley.saferight@tuckerellis.com | rweeks@atclawfirm.com |
| | Jennifer M. Webster |
| Sandra Wunderlich | Georgia Bar No. 760381 |
| *Admitted pro hac vice* | jwebster@atclawfirm.com |
| TUCKER ELLIS LLP | ANDERSEN, TATE & CARR, P.C. |
| 100 S. 4th Street, Suite 600 | One Sugarloaf Centre |
| St. Louis, MO 63102 | 1960 Satellite Boulevard, Suite 4000 |
| Telephone: 314.256.2550 | Duluth, GA 30097 |
| sandra.wunderlich@tuckerellis.com | (770) 822-0900 | Telephone |
| | (770) 822-9680 | Facsimile |
| Marcella C. Ducca | *Attorneys for Plaintiff* |
| Georgia Bar No. 115079 | |
| GREENBERG TRAURIG LLP | |
| Terminus 200, Suite 2500 | |
| 3333 Piedmont Road NE | |
| Atlanta, GA 30305 | |
| Telephone: 678.553.2100 | |
| duccam@gtlaw.com | |
| *Attorneys for Defendants* Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC | |

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted on June 19, 2024.

                                                ANDERSEN, TATE & CARR, P.C.

                                                */s/ Rory A. Weeks*
                                                Patrick J. McDonough
                                                Georgia Bar No. 489855
                                                pmcdonough@atclawfirm.com
                                                Jonathan S. Tonge
                                                Georgia Bar No. 303999
                                                jtonge@atclawfirm.com
                                                Rory A. Weeks
                                                Georgia Bar No. 113491
                                                rweeks@atclawfirm.com
                                                Jennifer M. Webster
                                                Georgia Bar No. 760381

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile