# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.B., : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION FILE |
| v. : | |
| : | NO. 1:22-cv-01181-JPB |
| RED ROOF INNS, INC., et al., : | |
| : | |
| Defendants. : | |

[PROPOSED]
**ORDER GRANTING EXTENSION OF TIME TO FILE CONSOLIDATED PRETRIAL ORDER**

Before the Court is the Parties' Joint Motion for an Extension of Time to File Consolidated Pretrial Motion. For good cause shown, this motion is **GRANTED.** The Parties shall file the Consolidated Pretrial Order on or before August 2, 2024.

SO ORDERED this _____ day of _____, 2024.

_____
J.P. BOULEE
United States District Judge