THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| H.B., | ) | CIVIL ACTION FILE |
| | ) | |
| Plaintiffs, | ) | NO. 1:22-CV-01181-JPB |
| | ) | |
| v. | ) | |
| | ) | |
| RED ROOF INNS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS RED ROOF INNS, INC., FMW RRI I, LLC, AND RRI WEST MANAGEMENT, LLC'S MOTION FOR PARTIAL RECONSIDERATION

Under L.R. 7.2(E), Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC (RRI Defendants), move the Court, to partially reconsider its Order denying Defendants' Motions for Summary Judgment (ECF No. 108). Specifically, RRI Defendants request this Court modify the Order to make clear that Plaintiff's civil RICO claim was intentionally unopposed and should be dismissed with prejudice.

Dated: July 15, 2024          Respectfully submitted,

*/s/ Marcella Ducca*_____

Marcella C. Ducca (Ga. Bar No. 115079)
Brandon D. Cox (Ga. Bar No. 832025)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

Sandra J. Wunderlich (*pro hac vice*)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO 63102-1822
Telephone: 314.256-2550
Facsimile:  314.256-2549
sandra.wunderlich@tuckerellis.com

Chelsea Mikula (*pro hac vice*)
C. Ashley Saferight (*pro hac vice*)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone: 216.592-5000
Facsimile:  216.592-5009
chelsea.mikula@tuckerellis.com
ashley.saferight@tuckerellis.com

*Attorneys for Defendants Red Roof Inns, Inc.,
FMW RRI I, LLC, and RRI West Management,
LLC*

2

## **<u>LOCAL RULE 7.1(D) CERTIFICATION</u>**

Counsel certifies that this motion has been prepared with Times New Roman size 14 pt font, which is one of the font and point selections approved by the Court in Local Rule 5.1. This brief does not contain more than 10 characters per inch of type.

Dated: July 15, 2024                                     <u>*/s/ Marcella Ducca*                              </u>

*One of the Attorneys for Defendants*
*Red Roof Inns, Inc., FMW RRI I, LLC,*
*and RRI West Management, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2024, ***Defendants' Partial Motion for Reconsideration*** was filed electronically. Service of this filing will be made under Fed. Civ. R. 5(b)(2)(e) through this Court's electronic filing system. Parties may access the filing through the Court's system.

*/s/ Marcella Ducca*

*One of the Attorneys for Defendants*
*Red Roof Inns, Inc., FMW RRI I, LLC,*
*and RRI West Management, LLC*