IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| H.B., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE NO. |
| v. | : | 1:22-cv-01181-JPB |
| | : | |
| RED ROOF INNS, INC. et al., | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S MOTION TO FILE UNDER SEAL

Plaintiff moves to seal Attachments F-1 and F-2 of the Parties' Proposed Consolidated Pretrial Order, which contains identifying information regarding Plaintiff's family member's full names and addresses. As such, the Protective Orders in this case [Dkt. Nos. 8, 76 and 75-1] requires Plaintiff to seek leave to file such documents under seal.

Thus, Plaintiff requests leave to file under seal Attachments F-1 and F-2 of the Parties' Proposed Consolidated Pretrial Order pursuant to the Protective Orders.

Respectfully submitted this 2nd day of August, 2024.

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Jonathan S. Tonge*_____
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com

Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Rory A. Weeks
Georgia Bar No. 113491
rweeks@atclawfirm.com
Jennifer M. Webster
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing has been prepared with one of the following font and point selections approved by the Court in LR 5.1., NDGA. Specifically, the above-mentioned was prepared using the Times New Roman font of 14 point size.

Respectfully submitted this 2nd day of August, 2024.

                                                **ANDERSEN, TATE & CARR, P.C.**

*/s/ Jonathan S. Tonge*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Rory A. Weeks
Georgia Bar No. 113491
rweeks@atclawfirm.com
Jennifer M. Webster
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send an email notification to all counsel of record.

Respectfully submitted this 2nd day of August, 2024.

                                                  **ANDERSEN, TATE & CARR, P.C.**

                                                  */s/ Jonathan S. Tonge*
                                                  Patrick J. McDonough
                                                  Georgia Bar No. 489855
                                                  pmcdonough@atclawfirm.com
                                                  Jonathan S. Tonge
                                                  Georgia Bar No. 303999
                                                  jtonge@atclawfirm.com
                                                  Rory A. Weeks
                                                  Georgia Bar No. 113491
                                                  rweeks@atclawfirm.com
                                                  Jennifer M. Webster
                                                  Georgia Bar No. 760381
                                                  jwebster@atclawfirm.com
                                                  *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile