IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| H.B., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | CIVIL ACTION FILE NO. |
| v. | : | 1:22-cv-01181-JPB |
| | : | |
| RED ROOF INNS, INC. et al., | : | |
| | : | |
| Defendants. | : | |

**PROPOSED ORDER ON PLAINTIFF'S MOTION TO SEAL**

Now before this Court is Plaintiff's Motion to Seal.  Plaintiff requests leave to file documents under seal in connection with the Parties' Proposed Consolidated Pretrial Order.  For good cause shown, this motion is **GRANTED.**  Plaintiff is authorized to file under seal the documents identified in their motion.

SO ORDERED this _____ day of _____, 2024.

_____
J.P. BOULEE
United States District Judge

1