UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.B., <br><br> Plaintiff, <br><br> v. <br><br> RED ROOF INNS, INC., et al., <br><br> Defendants. | CIVIL ACTION NO. <br> 1:22-cv-01181-JPB |

## ORDER

This matter is before the Court on Plaintiff's Motion to File Under Seal [Doc. 163].  For good cause shown, the motion is **GRANTED**.

The Clerk is **DIRECTED** to seal Attachments F-1 and F-2 of the parties' Proposed Consolidated Pretrial Order.

**SO ORDERED** this 5th day of August, 2024.

J. P. BOULEE
United States District Judge