UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.B.,<br><br>  Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>  Defendants. | CIVIL ACTION NO.<br>1:22-CV-01181-JPB |

### ORDER

This matter is before the Court on Defendants' Motion for Partial Reconsideration [Doc. 160].  In the motion, Defendants ask this Court to clarify its Order denying Defendants' Motion for Summary Judgment to show that Plaintiff's civil RICO claim was intentionally unopposed and subject to dismissal.  Id. at 1.  The motion is unopposed.

For good cause shown, the motion is **GRANTED**.  **IT IS HEREBY ORDERED** that summary judgment is granted as to Plaintiff's civil RICO claim.  The claim is thus **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 7th day of August, 2024.

J. P. BOULEE
United States District Judge