# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:22-cv-01181-JPB**
**H.B. v. Red Roof Inns, Inc. et al**
**Honorable J. P. Boulee**

Minute Sheet for proceedings held In Open Court on 08/21/2024.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 11:13 A.M.       COURT REPORTER: Penny Coudriet
TIME IN COURT: 00:13                    DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT: Marcella Ducca representing FMW RRI I, LLC
Marcella Ducca representing RRI West Management, LLC
Marcella Ducca representing Red Roof Inns, Inc.
Patrick McDonough representing H.B.
Chelsea Mikula representing Red Roof Inns, Inc.
Jonathan Tonge representing H.B.
Rory Weeks representing H.B.
Sandra Wunderlich representing FMW RRI I, LLC
Sandra Wunderlich representing RRI West Management, LLC
Sandra Wunderlich representing Red Roof Inns, Inc.

PROCEEDING CATEGORY: Telephone Conference(Other Proceeding Non-evidentiary);

MINUTE TEXT: The Court conducted a status conference to discuss the possibility of settlement and the upcoming trial date. The parties informed the Court that one of the expert witnesses would not be called at trial. As such, the Motion to Exclude [Doc. 87] is DENIED as moot.

HEARING STATUS: Hearing Concluded