## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| H.B., | ) CASE NO. 1:22-cv-01181-JPG |
| | ) |
| Plaintiff, | ) JUDGE J. P. BOULEE |
| | ) |
| v. | ) |
| | ) |
| RED ROOF INNS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION TO WITHDRAW AS COUNSEL FOR RED ROOF DEFENDANTS**

Pursuant to Local Rule 83.1(E)(2), C. Ashley Saferight, counsel of record for Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC (collectively, "Red Roof Defendants"), respectfully requests that the Court allow her to withdraw from representing Red Roof Defendants in this matter. In support hereof, Ms. Saferight states as follows:

1. Ms. Saferight has left the law firm of Tucker Ellis LLP.

2. Chelsea Mikula, Sandra J. Wunderlich, and N. Drew Kemp of Tucker Ellis LLP will remain counsel of record for Red Roof Defendants.

3. Ms. Saferight's withdrawal will not prejudice any party.

6593813

WHEREFORE, PREMISES CONSIDERED, Ms. Saferight respectfully moves the Court for an Order allowing her to withdraw from representing Red Roof Defendants in this action.

Dated:  August 30, 2024.

                        Respectfully submitted,

                        */s/ C. Ashley Saferight*
                        Chelsea Mikula (*pro hac vice*)
                        C. Ashley Saferight (*pro hac vice*)
                        TUCKER ELLIS LLP
                        950 Main Avenue, Suite 1100
                        Cleveland, OH  44113-7213
                        Telephone:   216.592-5000
                        Facsimile:    216.592-5009
                        chelsea.mikula@tuckerellis.com
                        ashley.saferight@tuckerellis.com

                        Sandra J. Wunderlich (*pro hac vice*)
                        N. Drew Kemp (*pro hac vice*)
                        TUCKER ELLIS LLP
                        100 South Fourth Street, Suite 600
                        St. Louis, MO  63102-1822
                        Telephone:   314.256.2550
                        Facsimile:    314.256.2549
                        sandra.wunderlich@tuckerellis.com
                        drew.kemp@tuckerellis.com

6593813

Marcella C. Ducca (Ga Bar No. 115079)
Brandon D. Cox (Ga Bar No. 832025)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

*Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC*

## **RULE 7.1D CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D) of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14-point size.

Dated: August 30, 2024.

> */s/ C. Asheley Saferight*
> C. Ashley Saferight (*pro hac vice*)
> *One of the Attorneys for Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2024, the ***Motion to Withdraw as Counsel for Red Roof Defendants*** was filed electronically. Service of this filing will be made pursuant to Fed. R. Civ. P. 5(b)(2)(E) through this Court's electronic filing system. Parties may access the filing through the Court's system.

> */s/ C. Asheley Saferight*
> C. Ashley Saferight (*pro hac vice*)
> *One of the Attorneys for Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC*