# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| H.B., | ) | CASE NO. 1:22-cv-01181-JPG |
| | ) | |
| Plaintiff, | ) | JUDGE J. P. BOULEE |
| | ) | |
| v. | ) | |
| | ) | |
| RED ROOF INNS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO WITHDRAW
## AS COUNSEL FOR RED ROOF DEFENDANTS

The Court hereby GRANTS C. Ashley Saferight's request that the Court allow her to withdraw from representing Red Roof Defendants in this matter.

So ORDERED this ____ day of _____, 2024.

J. P. BOULEE
UNITED STATES DISTRICT JUDGE