# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| H.B., | ) CIVIL ACTION FILE |
|     Plaintiff, | ) |
| | ) NO. 1:22-cv-01181-JPB |
| v. | ) |
| | ) |
| RED ROOF INNS, INC., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## CERTIFICATE OF SERVICE

This is to certify that on October 3, 2024, Defendant Red Roof Inns, Inc. served a copy of *Defendant Red Roof Inns, Inc.'s Supplemental Objections and Responses to Plaintiff's First Interrogatories* and *Defendant Red Roof Inns, Inc.'s Supplemental Objections and Responses to Plaintiff's First Request for Production of Documents* upon the opposing party via electronic service, addressed as follows:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097

Respectfully submitted this 4th day of October, 2024

Respectfully submitted,

*/s/ Sandra J. Wunderlich*
Sandra J. Wunderlich (*pro hac vice*)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO  63102-1822
Telephone:  314.256.2550
Facsimile:    314.256.2549
sandra.wunderlich@tuckerellis.com
drew.kemp@tuckerellis.com

Chelsea Mikula (*pro hac vice*)
Joseph A. Manno (*pro hac vice*)
Elizabeth C. Arko (*pro hac vice*)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  216.592-5000
Facsimile:    216.592-5009
chelsea.mikula@tuckerellis.com
joseph.manno@tuckerellis.com
elizabeth.arko@tuckerellis.com

Marcella C. Ducca (Ga Bar No. 115079)
Brandon D. Cox (Ga Bar No. 832025)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

*Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, and RRI West Management, LLC*

## **LOCAL RULE 7.1(D) CERTIFICATION**

Counsel certifies that this motion has been prepared with Times New Roman size 14 pt font, which is one of the font and point selections approved by the Court in Local Rule 5.1. This brief does not contain more than 10 characters per inch of type.

Dated: October 4, 2024                    */s/ Sandra J. Wunderlich*
                                          Sandra J. Wunderlich
                                          *One of the Attorneys for Defendants*
                                          *Red Roof Inns, Inc., FMW RRI I, LLC,*
                                          *and RRI West Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, a copy of the foregoing Certificate of Service was filed electronically. Service of this filing will be made pursuant to Fed. R. Civ. P. 5(b)(2)(E) through this Court's electronic filing system. Parties may access the filing through the Court's system.

*/s/ Sandra J. Wunderlich*
*One of the Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, and RRI West Management, LLC,*