UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.B., <br><br>    Plaintiff, <br><br> v. <br><br> RED ROOF INNS, INC., *et al.*, <br><br>    Defendants. | ) CIVIL ACTION FILE <br> ) <br> ) NO. 1:22-cv-01181-JPB <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER GRANTING RRI DEFENDANTS' MOTION IN LIMINE AND EXCLUDING EVIDENCE OF ECONOMIC DAMAGES**

The RRI Defendants (Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC) have moved to exclude any evidence, testimony, or argument by counsel or any witness referencing or relating to economic damages at trial. After considering the Motion, the Court GRANTS this Motion.

It is hereby ORDERED that Plaintiff may not present any evidence or make any argument referencing economic injury or damages during trial. Such prohibited economic damage evidence includes, but is not limited to, evidence of Plaintiff's medical expenses, lost income, or lost earning potential.

**SO ORDERED,** _____ DAY OF _____, 2024.

_____
HON. J P. BOULEE
JUDGE, NORTHERN DISTRICT OF GEORGIA

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made pursuant to Civ. R. 5(b)(2)(e) through this Court's electronic filing system. Parties may access the filing through the Court's system.

Dated: October 21, 2024

                                              /s/ Marcella C. Ducca
                                              Marcella C. Ducca (Ga. Bar No. 115079)

                                              *One of the Attorneys for Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC*