# Exhibit 1- Report of Greg Bristol

# Provisionally filed under seal