# Exhibit 2- Report of Kimberly Mehlman-Orozco

# Provisionally filed under seal