Scanned 6/21/2016 8:10 AM Clerk State Court of DeKalb County

**STATE COURT OF DEKALB COUNTY**
**STATE OF GEORGIA**

**CRIMINAL ACTION NO.** 16C92583-2

**The State**
**vs.**

[redacted]

**OFFENSE(S):** CT.1 DRIVING WHILE LICENSE SUSPENDED CT.2 IMPROPER U-TURN

| ☑ PLEA | ☐ VERDICT | | ☑ OTHER DISPOSITION |
|---|---|---|---|
| ☐ NEGOTIATED<br>☑ GUILTY ON COUNT(S) 2<br>☐ NOLO CONTENDERE ON COUNT(S)____ | ☐ JURY<br>☐ NON-JURY | ☐ GUILTY ON COUNT(S)____<br>☐ NOT GUILTY ON COUNT(S)____ | ☑ NOLLE PROSEQUI ORDER ON COUNT(S) 1<br>☐ DEAD DOCKET ORDER ON COUNT(S)____ |

| | | | | | |
|---|---|---|---|---|---|
| Fine Amount: | 100 * | Photo Cost: | | Drug Assessment: | |
| POPIDF: | 10 * | Joshua's Law | 1.5 | Crime Lab Fee: | |
| Plus 10% | 10 * | Victim's Fund: | | Restitution: | |
| Jail Staffing: | 10 * | Brain & Spinal Injury Trust Fund: | | Public Defender Fee: | |
| Victims Assistance: | .5 * | | | Probation User Fee: | |
| * **Mandatory Assessment on All Fines.** | | **Total Amount Due:** | 140.50 | Law Library: | 4 * |

## IT IS CONSIDERED, ORDERED AND ADJUDGED BY THE COURT:

Defendant is to serve a sentence of_____ hours / days / months, consisting of_____ hours/days/months in confinement, credit for _____ hours / days / months already served, and the remainder on Probation.

**PROVIDED THAT:**

( ) 1. The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation: **(A)** not violate the criminal laws of any governmental unit; **(B)** avoid injurious and vicious habits-especially alcohol intoxication and narcotics and other dangerous drugs unless prescribed lawfully; **(C)** avoid persons or places of disreputable or harmful character; **(D)** report to the Probation Officer as directed and permit each Officer to visit him/her at home or elsewhere; **(E)** work faithfully at suitable employment insofar as may be possible; **(F)** not change his/her present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor; **(G)** support his/her legal dependents to the best of his/her ability.

( ) 2. Payment by defendant of the fine and costs in the amount of $ ________, and restitution in the stipulated amount of $________, shall be a condition of probation.

( ) 3. The defendant shall perform _____ hours of community service at times and places specified by the Probation Office.

( ) 4. The defendant shall report to the DeKalb County Jail on ________ at ____ o'clock (a.m.)(p.m.).

( ) 5. Defendant is to attend a Risk Reduction Program and/or undergo alcohol and/or drug evaluation and treatment as directed by the Probation Office, and/or attend AA / NA ______ times a week for ______ months, and show proof of same to the Probation Office.

( ) 6. Defendant is to pay $_____ per month supervision fee.

( ) 7. Defendant may work off fine and fees by performing community service at the rate of $_____ per hour.

( ) 8. Defendant is to submit to random screening of blood, breath, urine or other bodily substances, at Defendant's cost.

( ) 9. Defendant to complete approved Domestic Violence Intervention Program and to return to court on ________ at _____ a.m./ p.m. to show compliance.

( )10. Non-Reporting Probation once all conditions are met. However, Defendant shall report for no less than ____ months.

(✓)11. Other: Pay Instanter / Close Case

FILED
STATE COURT OF DEKALB COUNTY
2016 JUN -3 AM 12:00

SO ORDERED this 3 day of June, 2016.

Stacey Hydrick
Judge, State Court of DeKalb County
Stacey K. Hydrick

-NOTICE-

[redacted] probation and the Court's General Conditions of Probation. I understand that my probation is an alternative to a jail [redacted]ed, I may be immediately arrested, and the balance of my probation served in jail if I fail to abide by these conditions.

[redacted]

sentence1-2007(rev)

ORIGINAL

16C092583

16C092583 ORIGINAL

No. ______________

DEKALB COUNTY STATE COURT

ORIGINAL

**THE STATE**

**vs**



**OTN:**

**SX83929-02**

**~~Ct. 1: Driving~~ Driving While License Suspended**
**Ct. 2: Improper U-turn**

The Defendant, [redacted] waives copy of the Accusation, list of witnesses, formal arraignment, and pleads Guilty

This the 3rd of June 2016

Prosecutor

List of Witnesses:

1. Ofc. V M Pugh, Law Enforcement 3269
   DeKalb County Police Department
   1960 West Exchange Place
   Tucker, GA 30084
   Main Office: 770-724-7500, Fax: 770-724-7510

2. Nicolle Dubose, Witness (civilian)

MOTION

Upon Motion of the State 1 count(s) 1 is hereby Nolle Prosequied on a plea to 1 counts(s) 2

This 3rd day of June, 2016

Assistant Solicitor

Judge, State Court

Scanned 6/21/2016 8:10 AM Clerk State Court of DeKalb County

3. Ronald Jarod Roberts, Witness (civilian)
   135 Eagles Parkway
   Covington, GA 30014
   Cell Phone: 404-725-5341

4. Chasity Watts, Witness (civilian)
   6820 Browns Mill Walk
   Lithonia, GA 30038
   Home Phone: 404-643-1585

Scanned 6/21/2016 8:10 AM Clerk State Court of DeKalb County

STATE OF GEORGIA, COUNTY OF DEKALB
IN THE STATE COURT OF SAID COUNTY,

**ACCUSATION**

**COUNT 1**

On behalf of the citizens of the State of Georgia, the undersigned Prosecutor, as prosecuting attorney for the County and State aforesaid, does charge and accuse [REDACTED] with the offense of **DRIVING WHILE LICENSE SUSPENDED** for that said accused, **on or about the 10th day of October, 2015**, did operate a motor vehicle on the highways of this state at a time when said accused's privilege to do so was suspended, in violation of O.C.G.A. 40-5-121(a);

**COUNT 2**

The undersigned Prosecutor, as prosecuting attorney for the County and State aforesaid, does further charge and accuse [REDACTED] with the offense of **IMPROPER U-TURN** for that said accused, **on or about the 10th day of October, 2015**, did turn her vehicle so as to proceed in the opposite direction where such turn could not be made in safety and without interfering with other traffic on Browns Mill Road, in violation of O.C.G.A. 40-6-121;

the above offense(s) having occurred in DeKalb County, Georgia contrary to the laws of this State, the good order, peace and dignity thereof.

DEKALB STATE COURT

SHERRY BOSTON, Solicitor-General

_______________________________, Prosecutor

STATE COURT OF
DEKALB COUNTY, GA

MAR 24 2016

FILED

COURT OF DEKALB COUNTY
STATE OF GEORGIA

Defendant: ______________ Case No.: 16C92583

Scanned 6/21/2016 9:10 AM Clerk State Court of DeKalb County

**RECORD OF DEFENDANT PRIOR TO ENTERING A PLEA**

Under the penalty of perjury, the Defendant swears or affirms:

A. I am not under the influence of alcohol or drugs and I am not suffering from any mental or physical disabilities.

B. I acknowledge (waive) the receipt of a copy of the accusation and I understand the charge(s) stated in the accusation.

C. I understand:

1) each misdemeanor offense carries a maximum penalty of 12 months in jail which may be spent on probation, reporting or non-reporting, with additional conditions including the performance of community service and payment of a fine up to $1,000 ($5,000 for misdemeanors of a high and aggravated nature) and the court may order the sentence of each such offense to run consecutively, that is one following the other;

2) if I violate any criminal laws of any governmental unit or any terms and conditions of probation, the Court may revoke all or part of the balance of the probation period and sentence me to serve that time in jail;

3) I have the right to be represented by an attorney and if I cannot afford an attorney, the court may appoint an attorney to represent me at no cost if I meet certain income guidelines;

4) a lawyer may be able to provide defense(s) to the charge(s) and/or assist in mitigating the sentence;

5) a not-guilty plea will be entered for me if I remain silent and I will be scheduled for a jury trial;

6) my guilty plea may result in deportation if I am not a citizen of the United States;

7) the judge is not required to follow the recommendations of the solicitor in imposing the sentence;

8) if the court intends to reject the plea agreement, the disposition of the case may be less favorable to me than that contemplated by the plea agreement;

9) I am prohibited from possessing, receiving, shipping and transporting a firearm under federal law if I enter into a plea to a domestic violence charge.

10) all habeas corpus proceedings challenging a conviction must be filed one year from the date on which the conviction becomes final except in traffic cases where the time limitation is six months. See O.C.G.A. 9-14-42; 40-13-33.

D. I understand by entering a plea of guilty or nolo contendere I waive:

1) the right to a speedy and public trial by jury;
2) the right to have State prove my guilt beyond a reasonable doubt;
3) the presumption of innocence;
4) the right to confront witnesses against me;
5) the right to subpoena witnesses;
6) the right to testify and to offer other evidence;
7) the right to assistance of counsel at all stages of trial; and
8) the right not to incriminate or testify or produce evidence against myself.

I freely and voluntarily enter my plea of Guilty to the charge(s) against me. No promises, threats or inducements have been made to me by anyone.

__________ I am not represented by a lawyer. I understand the nature of the charges against me and the consequences of my plea. I freely and voluntarily waive

Defendant Date

Solicitor ______________ Attorney ______________ Date 6-3-2016

Print name: William Richardson Print name/phone no.: 142259 Ramon Alvarado

The Court finds the Defendant understands the nature and consequence of Defendant's action and the Defendant is freely and voluntarily entering into this plea. The Court is satisfied there has been a sufficient factual basis for the acceptance of this plea. As to pro se defendants, the Court has determined the Defendant understands Defendant's right to counsel and has knowingly, voluntarily and intelligently waived that right. IT IS HEREBY ORDERED the Defendant's plea be accepted.

This 3rd day of June, 2016

______________
Judge, State Court of DeKalb County

Plea Form 11/04