# DEKALB COUNTY POLICE DEPARTMENT
## GA0440200
### INCIDENT REPORT

**Case #:** 16-075031

### EVENT

| Incident Type | Counts | Incident Code | Offense Jurisdiction | Arrest Jurisdiction |
|---|---|---|---|---|
| 16-5-24 (1314) AGGRAVATED BATTERY - GUN 16-5-24 | 1 | 1314 | COUNTY | |
| 16-8-41 (1204) ARMED ROBBERY - STREET - GUN 16-8-41 | 1 | 1204 | COUNTY | |

| Premise Type | Weapon Type | Forcible | Stranger To Stranger | Hate Motivated | Use Code |
|---|---|---|---|---|---|
| COMMERCIAL | 03 | Y | N | ☐ | 540 |

| Date Report | Incident Start | Incident End | Incident Location |
|---|---|---|---|
| 8/3/2016 1:09:00 PM | 8/3/2016 12:30:00 PM | 8/3/2016 1:00:00 PM | 6255 MEMORIAL DR 243 STONE MTN GA |

### VICTIM

| Name (Last, First Middle) | Moniker | DOB | Age | Sex | Race | Ethnicity |
|---|---|---|---|---|---|---|
| ███████ | | ███████ | 21 | F | B | |

**Address:** ███████

| SSN | Resident Status | HGT | WGT | Hair Color | Hair Style | Hair Length | Eye Color | OLN # | State |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 057414888 | GA |

**Occupation:** UNKNOWN OR NOT STA

**Victim Type:** Individual   **Student:** Yes ☐ No ☒

**Injuries:** ☐ None ☐ Minor ☐ Internal ☐ Teeth ☐ Unconscious ☐ Lacerations ☐ Bones ☐ Other   **Used:** ☐ Drugs ☐ Alcohol ☐ Computer

**Relationship To Offender:** 1) _ 2) _ 3) _ 4) _ 5) _ 6) _ 7) _ 8) _ 9) _ 10) _

**Offenses Involved:** 1) 1313  2) _ 3) _ 4) _ 5) _ 6) _ 7) _ 8) _ 9) _ 10) _

### OFFENDER

| Name | Moniker | DOB | Age | Sex | Race | Ethnicity |
|---|---|---|---|---|---|---|
| WRIGHT, LEANGELO DEVON | | ███ 1992 | 23 | M | B | N |

**Address:** 731 BRITTNEY CT STONE MOUNTAIN GA 30083-

| SSN | Resident Status | HGT | WGT | Hair Color | Hair Style | Hair Length | Eye Color | OLN # | State |
|---|---|---|---|---|---|---|---|---|---|
| | RESIDENT | 604 | 165 | BLACK | BRAIDED | MEDIUM | BROWN | 057100574 | GA |

**Occupation:** UNKNOWN OR NOT STAT

**Offenses Involved:**
1) 16-5-24 (1314) AGGRAVATED BATTERY - GUN 16-5 1314   (2) 16-8-41 (1204) ARMED ROBBERY - STREET - GUN 1204

**WANTED:** ☐   **WARRANT:** ☐   **ARREST:** ●   **SUSPECT ARMED:** Y   **WEAPON:** FIREARM   **Used:** ☐ Drugs ☐ Alcohol ☐ Computer

**TOTAL NUMBER ARRESTED:** 1   **ARREST AT OR NEAR OFFENSE SCENE:** Yes ☐ No ●

### PROPERTY

| | VEHICLES | CURRENCY, NOTES, ETC | JEWELRY, PREC. METALS | FURS |
|---|---|---|---|---|
| STOLEN | $0.00 | $100.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 |
| | CLOTHING | OFFICE EQUIP | TV, RADIO, ETC | HOUSEHOLD GOODS |
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 |
| | FIREARMS | CONSUMABLE GOODS | LIVESTOCK | OTHER | TOTAL |
| STOLEN | $0.00 | $0.00 | $0.00 | $260.00 | $360.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

### ADM

**GCIC ENTRY:** ☐ WARRANT  ☐ MISSING PERSONS  ☐ VEHICLE  ☐ ARTICLE  ☐ BOAT  ☐ GUN  ☐ SECURITIES

### DRUG

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? IF YES PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER: ☐ YES ☒ NO
☐ 1 - Amphetamine  ☐ 2 - Barbiturate  ☐ 3 - Cocaine  ☐ 4 - Hallucinogen  ☐ 5 - Heroin
☐ 6 - Marijuana  ☐ 7 - Methamphetamine  ☐ 8 - Opium  ☐ 9 - Synthetic Narcotic  ☐ U - Unknown

### CLEAR

**REQUIRED DATA FIELDS FOR CLEARANCE REPORT:** ● CLEARED BY ARREST  ☐ EXCEPTIONALLY CLEARED  ☐ UNFOUNDED   **DATE OF CLEARANCE:** 05-26-2016   ● ADULT  ☐ JUVENILE

| Reporting Officer | Number | Approving Officer | Number |
|---|---|---|---|
| Valtchev n l | 2998 | Shover a t | 1597 |

DeKalb County Police Dept.
Open Records
Certified Document

Plaintiff H.B. 002606

| DEKALB COUNTY POLICE DEPARTMENT GA0440200 INCIDENT PROPERTY | | Case # 16-075031 | |
|---|---|---|---|

| Class | Description | Status | |
|---|---|---|---|
| L | Other | S | |
| **Make** | **Model** | **Serial** | |
| Unk | Unk | | |
| **Property Location** | **QTY** | **Value** | **UCR Code** |
| Susp | 1 | $60.00 | 1204 |
| **Related To** | **Date Recovered** | **Recovery Code** | **Jurisdiction Stolen** / **Jurisdiction Recovered** |
| [redacted] | | | 2 |

| Class | Description | Status | |
|---|---|---|---|
| B | Currency, notes, etc. | S | |
| **Make** | **Model** | **Serial** | |
| Us | Dollars | | |
| **Property Location** | **QTY** | **Value** | **UCR Code** |
| Suspects | 5 | $100.00 | 1204 |
| **Related To** | **Date Recovered** | **Recovery Code** | **Jurisdiction Stolen** / **Jurisdiction Recovered** |
| [redacted] | | | 2 |

| Class | Description | Status | |
|---|---|---|---|
| L | Other | S | |
| **Make** | **Model** | **Serial** | |
| Unk | Unk | | |
| **Property Location** | **QTY** | **Value** | **UCR Code** |
| Suspects | 5 | $200.00 | 1204 |
| **Related To** | **Date Recovered** | **Recovery Code** | **Jurisdiction Stolen** / **Jurisdiction Recovered** |
| [redacted] | | | 2 |

| Class | Description | Status | |
|---|---|---|---|
| | | | |
| **Make** | **Model** | **Serial** | |
| **Property Location** | **QTY** | **Value** | **UCR Code** |
| **Related To** | **Date Recovered** | **Recovery Code** | **Jurisdiction Stolen** / **Jurisdiction Recovered** |

| Class | Description | Status | |
|---|---|---|---|
| **Make** | **Model** | **Serial** | |
| **Property Location** | **QTY** | **Value** | **UCR Code** |
| **Related To** | **Date Recovered** | **Recovery Code** | **Jurisdiction Stolen** / **Jurisdiction Recovered** |

| Class | Description | Status | |
|---|---|---|---|
| **Make** | **Model** | **Serial** | |
| **Property Location** | **QTY** | **Value** | **UCR Code** |
| **Related To** | **Date Recovered** | **Recovery Code** | **Jurisdiction Stolen** / **Jurisdiction Recovered** |

| Class | Description | Status | |
|---|---|---|---|
| **Make** | **Model** | **Serial** | |
| **Property Location** | **QTY** | **Value** | **UCR Code** |
| **Related To** | **Date Recovered** | **Recovery Code** | **Jurisdiction Stolen** / **Jurisdiction Recovered** |

| Class | Description | Status | |
|---|---|---|---|
| **Make** | **Model** | **Serial** | |
| **Property Location** | **QTY** | **Value** | **UCR Code** |
| **Related To** | **Date Recovered** | **Recovery Code** | **Jurisdiction Stolen** / **Jurisdiction Recovered** |

DeKalb County Police Dept.
Open Records
Certified Document

Plaintiff H.B. 002607

| DEKALB COUNTY POLICE DEPARTMENT GA0440200 OTHER PERSONS | Case # 16-075031 |
|---|---|

| Involvement Type | Name (Last, First Middle) | | | | | Moniker | | SSN | |
|---|---|---|---|---|---|---|---|---|---|
| WITNESS | BENNETT DAHNARIO R | | | | | | | | |
| Address | | | | | | Home # | Cell # | Work # | |
| 808 LAKE POINT PL STONE MTN GA 30088 | | | | | | | | | |
| DOB | Age | Sex | Race | Ethnicity | Resident Status | Hair Color | Eye Color | HGT | WGT |
| -1988 | 28 | M | B | | | | | | |
| SMTs | | | | | | | | | |
| Email | | | OLN # | | | State | Used: ☐ Drugs ☐ Alcohol ☐ Computer | | |
| Occupation | | Employer/School | | | Address | | | Employer Phone | |
| UNKNOWN OR NOT STATED | | | | | | | | | |

| Involvement Type | Name (Last, First Middle) | | | | | Moniker | | SSN | |
|---|---|---|---|---|---|---|---|---|---|
| Address | | | | | | Home # | Cell # | Work # | |
| DOB | Age | Sex | Race | Ethnicity | Resident Status | Hair Color | Eye Color | HGT | WGT |
| SMTs | | | | | | | | | |
| Email | | | OLN # | | | State | Used: ☐ Drugs ☐ Alcohol ☐ Computer | | |
| Occupation | | Employer/School | | | Address | | | Employer Phone | |

| Involvement Type | Name (Last, First Middle) | | | | | Moniker | | SSN | |
|---|---|---|---|---|---|---|---|---|---|
| Address | | | | | | Home # | Cell # | Work # | |
| DOB | Age | Sex | Race | Ethnicity | Resident Status | Hair Color | Eye Color | HGT | WGT |
| SMTs | | | | | | | | | |
| Email | | | OLN # | | | State | Used: ☐ Drugs ☐ Alcohol ☐ Computer | | |
| Occupation | | Employer/School | | | Address | | | Employer Phone | |

| Involvement Type | Name (Last, First Middle) | | | | | Moniker | | SSN | |
|---|---|---|---|---|---|---|---|---|---|
| Address | | | | | | Home # | Cell # | Work # | |
| DOB | Age | Sex | Race | Ethnicity | Resident Status | Hair Color | Eye Color | HGT | WGT |
| SMTs | | | | | | | | | |
| Email | | | OLN # | | | State | Used: ☐ Drugs ☐ Alcohol ☐ Computer | | |
| Occupation | | Employer/School | | | Address | | | Employer Phone | |

| Involvement Type | Name (Last, First Middle) | | | | | Moniker | | SSN | |
|---|---|---|---|---|---|---|---|---|---|
| Address | | | | | | Home # | Cell # | Work # | |
| DOB | Age | Sex | Race | Ethnicity | Resident Status | Hair Color | Eye Color | HGT | WGT |
| SMTs | | | | | | | | | |
| Email | | | OLN # | | | State | Used: ☐ Drugs ☐ Alcohol ☐ Computer | | |
| Occupation | | Employer/School | | | Address | | | Employer Phone | |

DeKalb County Police Dept.
Open Records
Certified Document

| DEKALB COUNTY POLICE DEPARTMENT<br>GA0440200<br>NARRATIVE | Case #<br>16-075031 |
|---|---|

| Officer ID/Name | Date | Approving Officer ID/Name | Date |
|---|---|---|---|
| 2998  Vaitchev n l | 8/3/2016 3:00:00 PM | 1597  Shover a t | 8/5/2016 11:59:00 PM |

Title: INITIAL REPORT

On 08/03/2016 at approximately 1320 hours I responded to 1325 Tucker Industrial Rd, "Campers Inn of Atlanta" in reference to an assault call. Upon my arrival the victim ▓▓▓▓▓ stated that she was assaulted at 6255 Memorial Dr, "Memorial Inn" room #243 ▓▓▓▓▓ also advised that the suspect was her ex-boyfriend, Mr. LeAngelo Devon (the subjects did not have any kids together and they never resided together) ▓▓▓▓▓ also advised that she and Mr. Dalmario Bennett arrived at Memorial Inn and started to knock on room #243's front door. She stated that she and Mr. Bennett were looking for somebody who owe ▓▓▓▓▓ some money. ▓▓▓▓▓ also advised that Mr. LeAngelo Devon and one of his friends (unknown name, B/M) exited the room and started a verbal altercation. She also stated that Mr. Devon's friend pulled out a hand gun and stated "You need to leave there's no money here. Leave now" ▓▓▓▓▓ also stated that Mr. Devon approached her and punched her in her mouth with a closed fist. The victim also stated that the suspects stole her backpack (from unknown location). Mr. Bennett's statement corroborated with the victim's statement. I observed ▓▓▓▓▓ injured lower jaw and lower teeth ▓▓▓▓▓ was transported to Grady Memorial Hospital by Medic# 65. I provided all parties involved with the case number. I was not able to locate Mr. Devon at "Memorial Inn".

DeKalb County Police Dept.
Open Records
Certified Document

Plaintiff H.B. 002609