# DEKALB COUNTY POLICE DEPARTMENT
## GA0440200
### INCIDENT REPORT

**Case #:** 16-076302

## EVENT

| Field | Value |
|---|---|
| Incident Type | 3-6-12 Susp. Person/activity |
| Counts | 1 |
| Incident Code | None |
| Offense Jurisdiction | COUNTY |
| Arrest Jurisdiction | |
| Premise Type | CONVENIENCE STORE |
| Weapon Type | |
| Forcible | U |
| Stranger To Stranger | N |
| Hate Motivated | ☐ |
| Loc Code | 540 |
| Date Report | 8/6/2016 11:18:50 PM |
| Incident Start | 8/6/2016 11:18:51 PM |
| Incident End | 8/6/2016 11:18:51 PM |
| Incident Location | 1131 N Hairston Rd Stone Mountain GA 30083- |

## VICTIM

| Field | Value |
|---|---|
| Monikor | |
| Age | 21 |
| Sex | F |
| Race | B |
| Ethnicity | N |
| SSN | |
| Resident Status | RESIDENT |
| HGT | 600 |
| WGT | 180 |
| Hair Color | BLACK |
| Hair Style | WAVEY |
| Hair Length | MEDIUM |
| Eye Color | BROWN |
| OLN # | 057414888 |
| State | GA |
| Victim Type | Individual |
| Student | No |
| Injuries | None |

**Relationship To Offenders:** 1) BOYFRIEND OR GI

**Offenses Involved:** 1) None

## OFFENDER

| Field | Value |
|---|---|
| Name | Wright, Leangelo Devon |
| DOB | -1992 |
| Age | 23 |
| Sex | M |
| Race | B |
| Ethnicity | N |
| Address | 431 Sheppard Crook Stone Mountain GA 30083- |
| HGT | 604 |
| WGT | 165 |
| Hair Color | BLACK |
| Hair Style | AFRO |
| Hair Length | SHORT |
| Eye Color | BROWN |
| OLN # | 057100574 |
| State | GA |

**Offenses Involved:** 1) 3-6-12 Susp. Person/activity — None

**WANTED:** ☐  **WARRANT:** ☐  **ARREST:** ☐  **SUSPECT ARMED:** U  **WEAPON:** 
**TOTAL NUMBER ARRESTED:** 0  **ARREST AT OR NEAR OFFENSE SCENE:** No ☒

## PROPERTY

| | VEHICLES | CURRENCY, NOTES, ETC | JEWELRY, PREC. METALS | FURS |
|---|---|---|---|---|
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 |
| | CLOTHING | OFFICE EQUIP. | TV, RADIO, ETC | HOUSEHOLD GOODS |
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 |
| | FIREARMS | CONSUMABLE GOODS | LIVESTOCK | OTHER | TOTAL |
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## ADM

**GCIC ENTRY:** ☐ WARRANT  ☐ MISSING PERSONS  ☐ VEHICLE  ☐ ARTICLE  ☐ BOAT  ☐ GUN  ☐ SECURITIES

## DRUG

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER ☐ YES ☒ NO
☐ 1 - Amphetamine  ☐ 2 - Barbiturate  ☐ 3 - Cocaine  ☐ 4 - Hallucinogen  ☐ 5 - Heroin
☐ 6 - Marijuana  ☐ 7 - Methamphetamine  ☐ 8 - Opium  ☐ 9 - Synthetic Narcotic  ☐ U - Unknown

## CLEAR

REQUIRED DATA FIELDS FOR CLEARANCE REPORT  ☐ CLEARED BY ARREST  ☐ EXCEPTIONALLY CLEARED  ☐ UNFOUNDED  DATE OF CLEARANCE  ☐ ADULT  ☐ JUVENILE

**REPORTING OFFICER:** Obrien b w  **NUMBER:** 1173
**APPROVING OFFICER:** Stiles h h  **NUMBER:** 1941

DeKalb County Police Dept.
Open Records
Certified Document

Plaintiff H.B. 002610

| DEKALB COUNTY POLICE DEPARTMENT<br>GA0440200<br>ADDITIONAL OFFENDERS | | | | | | | | Case #<br>16-076302 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Name**<br>Johnson, Anthony Devonte | | | | | **Moniker** | **DOB**<br>-1992 | **Age**<br>24 | | **Sex**<br>M | **Race**<br>B | **Ethnicity**<br>N |
| **Address**<br>1418 Post Oak Dr D Clarkston GA 30021- | | | | | **Home Phone** | **Work Phone** | **Cell Phone** | | **Email** | | |
| **SSN** | **Resident Status**<br>RESIDENT | **HGT**<br>509 | **WGT**<br>150 | **Hair Color**<br>BLACK | **Hair Style**<br>AFRO | **Hair Length**<br>SHORT | **Eye Color**<br>BROWN | | **OLN #**<br>054829866 | | **State**<br>GA |
| **Occupation** | | **Employer** | | | **Address** | | | | | **Employer Phone** | |

SMTs:

Offenses Involved:
(1) 3-6-12 Susp. Person/activity     None     (2)
(3)     (4)
(5)     (6)
(7)     (8)
     (10)

WANTED ☐   WARRANT ☐   ARREST ☐   SUSPECT ARMED:   WEAPON:     Used ☐ Drugs ☐ Alcohol ☐ Computer

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER   ☐ YES ☐ NO
☐ 1 - Amphetamine  ☐ 2 - Barbiturate  ☐ 3 - Cocaine  ☐ 4 - Hallucinogen  ☐ 5 - Heroin
☐ 6 - Marijuana  ☐ 7 - Methamphetamine  ☐ 8 - Opium  ☐ 9 - Synthetic Narcotic  ☐ U - Unknown

[Second offender block - all fields blank]

[Third offender block - all fields blank]

DeKalb County Police Dept.
Open Records
Certified Document

Plaintiff H.B. 002611

| DEKALB COUNTY POLICE DEPARTMENT<br>GA0440200<br>NARRATIVE | Case #:<br>16-076302 |
|---|---|

| Officer ID/name | Date | Approving Officer ID/name | Date |
|---|---|---|---|
| 1175  Obrien b w | 8/6/2016 11:19:49 PM | | |

Title: **INITIAL REPORT**

On 08/06/2016, at approximately 2220 hrs, I responded to 1131 N Hairston Rd (Chevron Gas Station) in reference to an armed robbery call (16-076292). Around the same time, we received a call of a suspicious person call from the same location. Comments on the suspicious person call advised that the complainant ███████, was told that her former boyfriend, Leangelo Wright, was at the location.

███████ stated that Mr. Wright was wanted for robbing and assaulting her on an earlier date (16-075031) and has active warrants out for the incident. ███████ also advised that the second suspect from that prior assault was Anthony Johnson ███. ███████ also advised that she knows Mr. Wright has been involved in numerous robberies and sells narcotics. ███████ also advised that Mr. Wright lived in building 3 or 4 on the bottom rear apartment of the Hairston Woods Apts which is next to the Chevron. Ms. Wright is a possible suspect in the armed robbery.

DeKalb County Police Dept.
Open Records
Certified Document

Plaintiff H.B. 002612