# Exhibit 1- Report of Matthew W. Norman, M.D.

# Provisionally filed under seal