## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| H.B., | ) | CIVIL ACTION FILE |
| Plaintiff, | ) ) | NO. 1:22-cv-01181-JPB |
| v. | ) ) | |
| RED ROOF INNS, INC., *et al*., | ) ) | |
| Defendants. | ) ) | |
| | ) | |

## DEFENDANTS' MOTION TO EXCLUDE HEARSAY STATEMENTS BY PLAINTIFF AT TRIAL

Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC (RRI Defendants) move this Court to enter an order excluding hearsay statements by Plaintiff at trial. Such evidence constitutes inadmissible hearsay that is not subject to an exception. The Court should therefore exclude these statements.

A Memorandum in Support is filed contemporaneously and incorporated fully.

Dated: October 21, 2024

Respectfully submitted,

*/s/ Marcella C. Ducca*
Marcella C. Ducca (Ga Bar No. 115079)
Brandon D. Cox (Ga Bar No. 832025)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

Chelsea R. Mikula *(pro hac vice)*
Joseph A. Manno (*pro hac vice*)
Elisabeth C. Arko (*pro hac vice*)
Emily R. Grace (*pro hac vice*)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  216.592.5000
Facsimile:   216.592.5009
chelsea.mikula@tuckerellis.com
joseph.manno@tuckerellis.com
elisabeth.arko@tuckerellis.com
emily.grace@tuckerellis.com

Sandra J. Wunderlich *(pro hac vice)*
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO 63102
Telephone:  314.256.2550
sandra.wunderlich@tuckerellis.com

*Attorneys for Defendants Red Roof Inns,*
*Inc., FMW RRI I, LLC, and RRI West*
*Management, LLC*

2

## <u>RULE 7.1D CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D) of the United States District Court of the

Northern District of Georgia, the undersigned certifies that that submission to the

Court was computer-processed, double-spaced between lines, and used Times New

Roman font of 14-point size.

Dated: October 21, 2024

/s/ Marcella C. Ducca
Marcella C. Ducca

*One of the Attorneys for Defendants Red*
*Roof Inns, Inc., FMW RRI I, LLC, and*
*RRI West Management, LLC*

6653374.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on October 21, 2024, a copy of the above was filed with the United States District Court for the Northern District of Georgia and served on counsel of record through the Court's CM/ECF system.

Dated: October 21, 2024

/s/ *Marcella C. Ducca*
Marcella C. Ducca

*One of the Attorneys for Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC*