# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| H.B., <br><br> Plaintiff, <br><br> v. <br><br> RED ROOF INNS, INC., *et al.*, <br><br> Defendants. | ) CIVIL ACTION FILE <br> ) <br> ) NO. 1:22-cv-01181-JPB <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER GRANTING MOTION IN LIMINE TO EXCLUDE HEARSAY STATEMENTS BY PLAINTIFF AT TRIAL

The RRI Defendants (Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC) have moved to exclude hearsay statements of Plaintiff at trial. After considering the Motion, the Court GRANTS this Motion.

It is hereby ORDERED that Plaintiff is prohibited from introducing any hearsay statements by Plaintiff at trial, including that Lucky told Plaintiff that he paid unnamed employees to be a lookout.

**SO ORDERED,** _____ DAY OF _____, 2024.

_____
HON. J P. BOULEE
JUDGE, NORTHERN DISTRICT OF GEORGIA

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made pursuant to Civ. R. 5(b)(2)(e) through this Court's electronic filing system. Parties may access the filing through the Court's system.

Dated: October 21, 2024

*/s/ Marcella C. Ducca*
Marcella C. Ducca (Ga. Bar No. 115079)

*One of the Attorneys for Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and Red Roof Franchising, LLC*