UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| H.B., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | |
| | : | NO. 1:22-cv-01181-JPB |
| RED ROOF INNS, INC., et al., | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Pursuant to Federal Rules of Civil Procedure 26(c )(1) and 5.2(d), Local Rule 79.1(B), and the protective order in this case (Doc. Nos. 8 and 76 ), Plaintiff files this Motion for Leave to file the following exhibits in Plaintiff's Consolidated Motions in Limine:

| Ex. No. | Description | Redacted or Requested to be Sealed |
|---|---|---|
| 1 | Report of Greg Bristol | Slip Sheet; Filed under seal |
| 2 | Report of Kimberly Mehlman-Orozco | Slip Sheet; Filed under seal |
| 4 | D034-Dekalb County State Court | Redacted; Filed under seal |
| 5 | D035-Dekalb County PD Incident Report | Redacted; Filed under seal |
| 6 | D036-Dekalb County Incident Report | Redacted; Filed under seal |

Plaintiff also files this Motion for Leave to file the following exhibits in Plaintiff's Motion in Limine to Exclude Evidence of Other Sexual Behavior Under Fed. R. Evid. 412:

| Ex. No. | Description | Redacted or Requested to be Sealed |
|---------|-------------|-------------------------------------|
| 1 | Report of Matthew W. Norman, M.D. | Slip Sheet; Filed under seal |

Thus, Plaintiff requests leave to file under seal these exhibits as it includes sensitive, protected, and/or identifying information in reference to Plaintiff, documents, or persons as identified in the Protective Order.

Respectfully submitted on October 21, 2024.

ANDERSEN, TATE & CARR, P.C.

/s/ Jonathan S. Tonge
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Rory A. Weeks
Georgia Bar No. 113491
rweeks@atclawfirm.com
Jennifer M. Webster
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000

Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted on October 21, 2024.

ANDERSEN, TATE & CARR, P.C.

/s/ Jonathan S. Tonge
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Rory A. Weeks
Georgia Bar No. 113491
rweeks@atclawfirm.com
Jennifer M. Webster
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted on October 21, 2024.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jonathan S. Tonge*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Rory A. Weeks
Georgia Bar No. 113491
rweeks@atclawfirm.com
Jennifer M. Webster
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile