UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.B., | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE |
| v. | : |
| | : NO. 1:22-cv-01181-JPB |
| RED ROOF INNS, INC., et al., | : |
| | : |
| Defendants. | : |

**PROPOSED ORDER ON PLAINTIFF'S MOTION TO SEAL**

Now before this Court is Plaintiff's Motion to Seal. Plaintiff requests leave to file the following exhibits under seal that correspond with Plaintiff's Consolidated Motions in Limine:

| Ex. No. | Description | Redacted or Requested to be Sealed |
|---|---|---|
| 1 | Report of Greg Bristol | Slip Sheet; Filed under seal |
| 2 | Report of Kimberly Mehlman-Orozco | Slip Sheet; Filed under seal |
| 4 | D034-Dekalb County State Court | Redacted; Filed under seal |
| 5 | D035-Dekalb County PD Incident Report | Redacted; Filed under seal |
| 6 | D036-Dekalb County Incident Report | Redacted; Filed under seal |

Plaintiff further requests to file the following exhibit under seal that corresponds with Plaintiff's Motion in Limine to Exclude Evidence of Other Sexual Behavior Under Fed. R. Evid. 412:

1

| Ex. No. | Description | Redacted or Requested to be Sealed |
|---|---|---|
| 1 | Report of Matthew W. Norman, M.D. | Slip Sheet; Filed under seal |

For good cause shown, this motion is **GRANTED**. Plaintiff is authorized to file under seal the documents identified in Plaintiff's motions.

SO ORDERED this _____ day of _____, 2024.

_____
J.P. BOULEE
United States District Judge

2