# EXHIBIT A

**Plaintiff's Exhibit List & RRI Defendants' Objections**

**ATTACHMENT G-1 PLAINTIFF'S EXHIBIT LIST WITH DEFENDANT'S OBJECTIONS**

| PX NO. | Bates. No. | Date | Filename/Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 1 | Moyer P4 Plaintiff H.B. 000151-53 | January 19 2012 | Gwinnett County Police Department Incident Report | Deposition Exhibit- Jay Moyer *H.B. v. Red Roof Inns, Inc. et al.* | Hearsay within report |
| 2 | 5523 | Unknown | DSCN1457 | Photograph- Skii Morris | No objection |
| 3 | 5524 | Unknown | DSCN1458 | Photograph- Skii Morris | No objection |
| 4 | 5525 | Unknown | DSCN1459 | Photograph- Skii Morris | No objection |
| 5 | 5527 | Unknown | DSCN1461 | Photograph- Skii Morris | No objection |
| 6 | 5528 | Unknown | DSCN1462 | Photograph- Skii Morris | No objection |
| 7 | 5529 | Unknown | DSCN1463 | Photograph- Skii Morris | No objection |
| 8 | 5533 | Unknown | DSCN1474 | Photograph- Skii Morris | No objection |
| 9 | 5534 | Unknown | DSCN1475 | Photograph- Skii Morris | No objection |
| 10 | 5539 | Unknown | ███████ | Photograph- ███████ | No objection |
| 11 | 5540 | Unknown | ███ Pic 3 001 | Photograph- ███████ | No objection |
| 12 | 5542 | Unknown | ██████ 001 | Photograph- ███████ | No objection |
| 13 | 5778 | Unknown | 100_0563 | Photograph | No objection |
| 14 | 5794 | Unknown | Photo of ████ | Photograph | No objection |
| 15 | 5795 | Unknown | Photo of ████ | Photograph | No objection |
| 16 | 5541 | Unknown | ███ Pic 2 001 | Photograph- ███████ | No objection |

1

| PX NO. | Bates. No. | Date | Filename/Deposition Exhibit | Description | Defendant's Objections |
|--------|-----------|------|----------------------------|-------------|------------------------|
| 17 | 2027-2032 | 2010-2012 | Calls for Service - 5171 BHP | Police Records | Irrelevant (Evid.R. 401) and unfairly prejudicial (Evid.R. 403) as to crimes not related to human trafficking; irrelevant as to time (post-trafficking); Improper character evidence (Evid. R. 404(a)(1)); hearsay |
| 18 | 2192–2195 | 2010–2012 | Case Reports - 5171 | Police records | Irrelevant (Evid.R. 401) and unfairly prejudicial (Evid.R. 403) as to crimes not related to human trafficking; irrelevant as to time (post-trafficking); Improper character evidence (Evid. R. 404(a)(1)); hearsay |

| PX NO. | Bates. No. | Date | Filename/Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 19 | 2617–2618 | 2008–2012 | Incident Report List- RRI Norcross  5171 Brook Hollow Parkway | Police Records | Irrelevant (Evid.R. 401) and unfairly prejudicial (Evid.R. 403) as to crimes not related to human trafficking; irrelevant as to time (post-trafficking); Improper character evidence (Evid. R. 404(a)(1)); hearsay |
| 20 | 3351–3358 | 2008–2012 | Record List 1- RRI Norcross  5171 Brook Hollow Parkway | Police Records | Irrelevant (Evid.R. 401) and unfairly prejudicial and cumulative (Evid.R. 403) as to crimes not related to human trafficking; irrelevant as to time (post-trafficking); Improper character evidence (Evid. R. 404(a)(1)); hearsay |

| PX NO. | Bates. No. | Date | Filename/Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 21 | 3437–3438 | 2008–2012 | Record List 2- RRI Norcross  5171 Brook Hollow Parkway | Police Records | Irrelevant (Evid.R. 401) and unfairly prejudicial (Evid.R. 403) as to crimes not related to human trafficking; irrelevant as to time (post-trafficking); Improper character evidence (Evid. R. 404(a)(1)); hearsay |
| 22 | 3449–3929 | 2008–2012 | Incident Reports- Norcross PD ORR Response- RRI Norcross  5171 Brook Hollow Parkway | Police Records | Irrelevant (Evid.R. 401) and unfairly prejudicial and cumulative (Evid.R. 403) as to crimes not related to human trafficking; irrelevant as to time (post-trafficking); Improper character evidence (Evid. R. 404(a)(1)); hearsay |

| PX NO. | Bates. No. | Date | Filename/Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 23 | 5339–5346 | 2008–2012 | CAD Notes- RRI Norcross 5171 Brook Hollow Parkway | Police Records | Irrelevant (Evid.R. 401) and unfairly prejudicial and cumulative (Evid.R. 403) as to crimes not related to human trafficking; irrelevant as to time (post-trafficking); Improper character evidence (Evid. R. 404(a)(1)); hearsay |
| 24 | 5571-5572 | 2010–2012 | 5171 Brook Hollow Pkwy | Police Records- Calls for service | Irrelevant (Evid.R. 401) and unfairly prejudicial and cumulative (Evid.R. 403) as to crimes not related to human trafficking; irrelevant as to time (post-trafficking); Improper character evidence (Evid. R. 404(a)(1)); hearsay |

| PX NO. | Bates. No. | Date | Filename/Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 25 | 737-815 | March 7 2011– March 9 2012 | 5171 Brook Hollow Pkwy | Police CADS | Irrelevant (Evid.R. 401) as to crimes and incidents not related to human trafficking; unfairly prejudicial (Evid.R. 403); improper character evidence (Evid.R. 404(a)(1)) |
| 26 | 5772–5773 | February 21 2010 | Man accused of trafficking _ Archive _ gwinnettdailypost.com | News article | Irrelevant (Evid.R. 401) and unfairly prejudicial and cumulative (Evid.R. 403) as it involves crimes not related to human trafficking; improper character evidence (Evid.R. 404(a)(1)); hearsay |
| 27 | 5774–5776 | July 31 2007 | Prostitution Crackdown in Gwinnett Village | News article | Hearsay |
| 28 | RRI_WK_380 55-38077 | March, 2012 | Anti-Trafficking Flyer | | Irrelevant (Evid.R. 401) as to time. |

6

| PX NO. | Bates. No. | Date | Filename/Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 29 | HB_NDGA_RED_ROOF_1621-1628 | | Franchise Agreement between Red Roof Franchising, LLC and FMW RRI OPCO, LLC | | No objection |
| 30 | 559 | July 9 2021 | Norcross Police Department-Certificate of Authenticity-Gwendolyn Franklin-Norcross RRI | Certification | No objection |
| 31 | 2204 | | CERTIFICATE OF AUTHENTICATION OF RECORDS | Certification | No objection |
| 32 | Galbraith 002 | | Relationships Between RRI Entities (Simplified) | Deposition Exhibit-30(b)(6) *H.B. v. Red Roof Inns, Inc. et al.* | No objection |
| 33A | Galbraith 003 HB_NDGA_RED_ROOF_00000439-707 | November 1 2011 | Lease Agreement between FMW RRI I, LLC and FMW RRI OPCO, LLC | Deposition Exhibit-30(b)(6) *H.B. v. Red Roof Inns, Inc. et al.* | No objection |

| PX NO. | Bates. No. | Date | Filename/Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 33 | HB_NDGA_RED_ROOF_00000439, 455, 492, 662-663 | November 1 2011 | Lease Agreement between FMW RRI I, LLC and FMW RRI OPCO, LLC Excerpt | | No objection |
| 34 | Galbraith 004 HB_NDGA_RED_ROOF_00001505-1617 | August 25 2011 | Property Management Agreement between FMW RRI OPCO, LLC and RRI West Management, LLC | Deposition Exhibit- 30(b)(6) *H.B. v. Red Roof Inns, Inc. et al.* | No objection |
| 35 | Galbraith 007 HB_NDGA_RED_ROOF_0000195-214 | March 22 2001 | Security Services Agreement between Wackenhut Corporation and Motel 6 Operating, L.P. | Deposition Exhibit- 30(b)(6) *H.B. v. Red Roof Inns, Inc. et al.* | No objection |
| 36 | Galbraith 008 HB_NDGA_RED_ROOF_00000194 | July 15 2011 | Red Roof Inn No. 10166- Norcross Georgia Site Specific Addendum | Deposition Exhibit- 30(b)(6) *H.B. v. Red Roof Inns, Inc. et al.* | No objection |
| 37 | Galbraith 009 | May 3 2022 | Vittatoe Deposition Excerpt | Deposition Exhibit- 30(b)(6) *H.B. v. Red Roof Inns, Inc. et al.* | Hearsay; irrelevant (Evid.R. 401) |

| PX NO. | Bates. No. | Date | Filename/Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 38 | Galbraith 010 Plaintiff H.B. 005517-55200 | February 10 2023 | Chuck Warbington Affidavit | Deposition Exhibit-30(b)(6) *H.B. v. Red Roof Inns, Inc. et al.* | Hearsay |
| 39 | Galbraith 011 Plaintiff H.B.005514-5516 | February 21 2023 | Declaration of Jon Doherty | Deposition Exhibit-30(b)(6) *H.B. v. Red Roof Inns, Inc. et al.* | Hearsay |
| 40 | Galbraith 012 Plaintiff H.B. 002615-2616 | November 30 2022 | Affidavit of Erin Richardson | Deposition Exhibit-30(b)(6) *H.B. v. Red Roof Inns, Inc. et al.* | Hearsay |
| 41 | Galbraith 014 HB_NDGA_RED_ROOF_0 0000010-11, 26-28, 31-2, 74-81, 95 | December, 2010 | Red Roof Inn Emergency Response Plan | Deposition Exhibit-30(b)(6) *H.B. v. Red Roof Inns, Inc. et al.* | No objection |
| 42 | Galbraith 015 Plaintiff H.B. 000769-000771 | August 8 2011 | 8/31/2011 Gwinnett County Incident Report | Deposition Exhibit-30(b)(6) *H.B. v. Red Roof Inns, Inc. et al.* | |
| 43 | DrAbigailJudge_5 | March 22 2023 | Clinician-Administered PTSD Scale for DSM-5 (CAPS-5) | Deposition Exhibit- Dr. Abigail Judge | No objection |

| PX NO. | Bates. No. | Date | Filename/Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| | | | | *H.B. v. Red Roof Inns, Inc. et al.* | |
| 44 | Moyer P1 | March 18 2022 | Transcript of James Moyer *W.K., et al. v. Red Roof Inns, Inc., et al.* | Deposition Exhibit- James Moyer *H.B. v. Red Roof Inns, Inc. et al.* | Hearsay |
| 45 | Moyer P2 | | Photographs of Norcross RRI | Deposition Exhibit- James Moyer *H.B. v. Red Roof Inns, Inc. et al.* | No objection |
| 46 | Moyer P3 | July 31 2007 | Atlanta Journal Constitution Article | Deposition Exhibit- James Moyer *H.B. v. Red Roof Inns, Inc. et al.* | Hearsay, Authentication |
| 47 | Moyer 106 RRI_WK_000 01779-1790 | January 17 2008 | Security Services Agreement | Deposition Exhibit- James Moyer *W.K., et al. v. Red Roof Inns, Inc., et al.* | Duplicate; no objection |
| 48 | Moyer 107 RRI_WK_000 11787 – 11846 | November 29 2010 | E-mail Chain | Deposition Exhibit- James Moyer *W.K., et al. v. Red Roof Inns, Inc., et al.* | No objection |

| PX NO. | Bates. No. | Date | Filename/Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 49 | Moyer 110 Disco ID 88061-1 to 4 | | Dekalb County Police Department Incident Report | Deposition Exhibit- James Moyer *W.K., et al. v. Red Roof Inns, Inc., et al.* | Irrelevant (Evid.R. 401) as to location, time, and crime; unfairly prejudicial (Evid.R. 403); improper character evidence (Evid.R.404(a)(1)) |
| 50 | Moyer 111 DISCO ID 81408-1 to 4 | | Incident/Investigation Report | Deposition Exhibit- James Moyer *W.K., et al. v. Red Roof Inns, Inc., et al.* | Irrelevant (Evid.R. 401) as to location, time, and crime; unfairly prejudicial (Evid.R. 403); improper character evidence (Evid.R.404(a)(1)) |
| 51 | Moyer 114 RRI_EF_0000 7425–7426 | November 12 2013 | Dos and Donts Email | Deposition Exhibit- James Moyer *W.K., et al. v. Red Roof Inns, Inc., et al.* | Irrelevant (Evid.R. 401) as to time (post-trafficking) |
| 52 | Moyer 115 RRI WK 00004955 | November 15 2013 | Email from Jay Moyer to Mike Murphy and Patrick Bonner | Deposition Exhibit- James Moyer *W.K., et al. v. Red Roof Inns, Inc., et al.* | Irrelevant (Evid.R. 401) as to time (post-trafficking) and location |

| PX NO. | Bates. No. | Date | Filename/Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 53 | Moyer 117 RRI_WK_000 04871-4873 | August 17 2012 | Email chain from Jay Moyer to 10130 | Deposition Exhibit- James Moyer *W.K., et al. v. Red Roof Inns, Inc., et al.* | Irrelevant (Evid.R. 401) as to time (post-trafficking) and location |
| 54 | Moyer 120 RRI_WK_000 04883-4886 | October 22 2012 | Email from Jay Moyer to Stephanie Doherty | Deposition Exhibit- James Moyer *W.K., et al. v. Red Roof Inns, Inc., et al.* | Irrelevant (Evid.R. 401) as to location and time; unfairly prejudicial (Evid.R. 403); improper character evidence (Evid.R. 404(a)(1)) |
| 55 | Moyer 127 RRI_WK_495 7-4958 | April 26 2015 | Email chain from Jay Moyer to 10130 | Deposition Exhibit- James Moyer *W.K., et al. v. Red Roof Inns, Inc., et al.* | Irrelevant (Evid.R. 401) as to location and time; unfairly prejudicial (Evid.R. 403); improper character evidence (Evid.R. 404(a)(1)) |
| 56 | Stocker 204 | April 8 2022 | Deposition Notices | Deposition Exhibit- Greg Stocker 30(b)(6) *W.K., et al. v. Red Roof Inns, Inc., et al.* | Irrelevant (Evid.R. 401); not evidence |

| PX NO. | Bates. No. | Date | Filename/Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 57A | Stocker 205 RRI_WK_000 11168–11306 | December, 2010 | RRI Policy and Procedures | Deposition Exhibit- Greg Stocker 30(b)(6) *W.K., et al. v. Red Roof Inns, Inc., et al.* | Duplicate; no objection |
| 57 | RRI_WK_000 11168, 11261-11262, 11247-11248 | December, 2010 | RRI Policy and Procedures Excerpt | RRI Prostitution Policy; RRI Narcotics and Drug Use Policy | Irrelevant (Evid.R. 401) as to assaults and drug policy |
| 58A | Park Exhibit No. 342 RRI 011695–RRI 011994 | 2009-2010 | Consolidated Financial Statements | Deposition Exhibit- John Park 30(b)(6) *W.K., et al. v. Red Roof Inns, Inc., et al.* | Irrelevant (Evid R. 401); unfairly prejudicial (Evid.R. 403) |
| 58 | RRI 011695, 011734, RRI 011739 | 2009-2010 | Consolidated Financial Statements Excerpt | | Irrelevant (Evid.R. 401); unfairly prejudicial (Evid.R. 403) |
| 59 | Vittatoe 195 RRI_WK_000 01752–RRI_WK_000 01778 | December, 2010 | GM Training Presentation- Safety and Security Presentation | Deposition Exhibit- Vince Vittatoe *W.K., et al. v. Red Roof Inns, Inc., et al.* | No objection |

| PX NO. | Bates. No. | Date | Filename/Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 60 | Vittatoe 196 RRI_WK_000 11787-11817 | November 29 2010 | Wehrle Safety and Security Training Email | Deposition Exhibit- Vince Vittatoe *W.K., et al. v. Red Roof Inns, Inc., et al.* | No objection |
| 61 | Vittatoe 198 | March 21 2008 | Detroit News Article | Deposition Exhibit- Vince Vittatoe *W.K., et al. v. Red Roof Inns, Inc., et al.* | Irrelevant (Evid.R. 401) as to location and time; unfairly prejudicial (Evid.R. 403); improper character evidence (Evid.R. 404(a)(1)); hearsay |
| 62 | Wehrle 324 VARAHI0000 57-631 | August, 2011 | General Managers' Guide | Deposition Exhibit- Michelle Wehrle *W.K., et al. v. Red Roof Inns, Inc., et al.* | Irrelevant (Evid.R. 401) as to location, subject, and time. |
| 63 | HB_NDGA_R ed_Roof_1689 | | RRI166 Atl Indian Trail Jan-12 TTM | D079 | |
| 64 | RRI_WK_000 04866 | | NR 6 months 2012 | D082 | Irrelevant (Evid.R. 401) as to other properties and to elements of Plaintiff's TVPRA claim; unfairly prejudicial (Evid.R. |

| PX NO. | Bates. No. | Date | Filename/Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| | | | | | 403); improper character evidence (Evid.R. 404) |
| 65 | RRI_WK_000 04867- RRI_WK_000 04868 | | District 11 2012 Quality Results | D086 | Irrelevant (Evid.R. 401) as to other properties and to elements of Plaintiff's TVPRA claim; unfairly prejudicial (Evid.R. 403); improper character evidence (Evid.R. 404) |
| 66 | RRI_WK_000 04870 | | District 11 May 2012 Analysis | D087 | Irrelevant (Evid.R. 401) as to other properties and to elements of Plaintiff's TVPRA claim; unfairly prejudicial (Evid.R. 403); improper character evidence (Evid.R. 404) |
| 67 | RRI_WK_000 53510 | | October 20, 2008 Medallia Review | D094 | No objection |

| PX NO. | Bates. No. | Date | Filename/Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 68 | RRI_WK_000 53511- RRI_WK_000 53514 | | November 14, 2008 Email Correspondence | D095 | No objection |
| 69 | RRI_WK_000 69571- RRI_WK_000 69572 | | Incident Report | D096 | Irrelevant (Evid.R. 401) as to time |
| 70 | RRI_WK_000 04870 | | District 11 2012 Analysis | D099 | Irrelevant (Evid.R. 401) as to other properties and to elements of Plaintiff's TVPRA claim; unfairly prejudicial (Evid.R. 403); improper character evidence (Evid.R. 404) |
| 71 | RRI_WK_000 04867 - 4868 | | District 11 2012 Quality Results YTD | D101 | Irrelevant (Evid.R. 401) as to other properties and to elements of Plaintiff's TVPRA claim; unfairly prejudicial (Evid.R. 403); improper |

| PX NO. | Bates. No. | Date | Filename/Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| | | | | | character evidence (Evid.R. 404) |
| 72 | RRI_WK_000 04866 | | District 11 NR Report | D102 | Irrelevant (Evid.R. 401) as to other properties and to elements of Plaintiff's TVPRA claim; unfairly prejudicial (Evid.R. 403); improper character evidence (Evid.R. 404) |
| 73 | RRI_WK_000 00786 | | Case List for District 11 | D104 | Irrelevant (Evid.R. 401) as to other properties and to elements of Plaintiff's TVPRA claim; unfairly prejudicial (Evid.R. 403); improper character evidence (Evid.R. 404) |