UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| H.B., | ) | CIVIL ACTION FILE |
| Plaintiff, | ) | |
| | ) | NO. 1:22-cv-01181-JPB |
| v. | ) | |
| RED ROOF INNS, INC., *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## MOTION IN LIMINE TO EXCLUDE EVIDENCE OF UNRELATED CRIMES AND INCIDENTS AT RRI NORCROSS

Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC (RRI Defendants) move this Court for an Order in limine excluding evidence of incidents and crimes at Red Roof Inns other than the Red Roof Inn Norcross (RRI Norcross). This evidence is not relevant to Plaintiff's claims and that carries significant danger of unfair prejudice to the RRI Defendants. This Court should exclude this evidence at trial.

A Memorandum in Support is contemporaneously filed and incorporated fully.

Dated: October 21, 2024                    Respectfully submitted,

/s/ *Marcella C. Ducca*
Marcella C. Ducca (Ga Bar No. 115079)
Brandon D. Cox (Ga Bar No. 832025)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

Chelsea R. Mikula *(pro hac vice)*
Joseph A. Manno (*pro hac vice*)
Elisabeth C. Arko (*pro hac vice*)
Emily R. Grace (*pro hac vice*)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  216.592.5000
Facsimile:   216.592.5009
chelsea.mikula@tuckerellis.com
joseph.manno@tuckerellis.com
elisabeth.arko@tuckerellis.com
emily.grace@tuckerellis.com

Sandra J. Wunderlich *(pro hac vice)*
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO 63102
Telephone:  314.256.2550
sandra.wunderlich@tuckerellis.com

*Attorneys for Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC*

## **LOCAL RULE 7.1(D) CERTIFICATION**

Counsel certifies that this motion has been prepared with Times New Roman size 14 pt font, which is one of the font and point selections approved by the Court in Local Rule 5.1. This motion does not contain more than 10 characters per inch of type.

Dated: October 21, 2024          */s/ Marcella C. Ducca*
                                 Marcella C. Ducca

                                 *One of the Attorneys for Defendants*
                                 *Red Roof Inns, Inc., FMW RRI I, LLC,*
                                 *and RRI West Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made under Fed. R. Civ. P. 5(b)(2)(E) through this Court's electronic filing system. Parties may access the filing through the Court's system.

                                                              */s/ Marcella C. Ducca*
                                                              Marcella C. Ducca

                                                              *One of the Attorneys for Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC*