UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.B.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC., *et al*.,<br><br>　　　　Defendants. | ) CIVIL ACTION FILE<br>)<br>) NO. 1:22-cv-01181-JPB<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING THE RRI DEFENDANTS' MOTION IN LIMINE AND EXCLUDING EVIDENCE OF UNVERIFIED CUSTOMER REVIEWS**

The RRI Defendants (Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC) have moved to exclude any evidence at trial relating to unverified customer reviews. After considering the Motion, the Court GRANTS this Motion.

It is hereby ORDERED that Plaintiff is prohibited from presenting any evidence relating to unverified customer reviews at trial.

**SO ORDERED,** _____ DAY OF _____, 2024.

_____
HON. J P. BOULEE
JUDGE, NORTHERN DISTRICT OF GEORGIA

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made pursuant to Civ. R. 5(b)(2)(e) through this Court's electronic filing system. Parties may access the filing through the Court's system.

Dated: October 21, 2024

/s/ Marcella C. Ducca
Marcella C. Ducca (Ga. Bar No. 115079)

*One of the Attorneys for Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC*