# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| H.B., <br><br> Plaintiff, <br><br> v. <br><br> RED ROOF INNS, INC., *et al.*, <br><br> Defendants. | ) CIVIL ACTION FILE <br> ) <br> ) NO. 1:22-cv-01181-JPB <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER GRANTING THE RRI DEFENDANTS' MOTION IN LIMINE AND EXCLUDING EVIDENCE OF OTHER LOCATIONS

The RRI Defendants (Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC) have moved to exclude any evidence at trial relating to incidents and crimes at Red Roof Inns other than the Red Roof Inn Norcross. After considering this Motion, the Court GRANTS this Motion.

It is hereby ORDERED that Plaintiff is prohibited from making arguments or statements or from introducing evidence, including those exhibits and witnesses identified in RRI Defendants' Motion, relating to properties other than the Red Roof Inn Norcross at trial.

**SO ORDERED,** _____ DAY OF _____, 2024.

_____
HON. J P. BOULEE
JUDGE, NORTHERN DISTRICT OF GEORGIA

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made pursuant to Civ. R. 5(b)(2)(e) through this Court's electronic filing system. Parties may access the filing through the Court's system.

Dated: October 21, 2024

                                         /s/Marcella C. Ducca
                                         Marcella C. Ducca (Ga. Bar No. 115079)

                                         *One of the Attorneys for Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and Red Roof Franchising, LLC*