# EXHIBIT B

## Plaintiff's Page Line Designations & RRI Defendants' Objections

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| H.B., | ) | CIVIL ACTION FILE |
|     Plaintiff, | ) | |
| | ) | NO. 1:22-cv-01181-JPB |
| v. | ) | |
| | ) | |
| RED ROOF INNS, INC., *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

## RRI DEFENDANTS' OBJECTIONS TO PLAINTIFF'S PAGE:LINE DESIGNATIONS

**Andrew Alexander (Doc. 123):**

| Page:Line | Objection | Response |
|---|---|---|
| 19:25 – 20:19 | Irrelevant (401) | |
| 21:2 – 14 | Irrelevant (401) | |
| 32:9-12 | Irrelevant; confusion of issues (403) | |
| 91:9-23 | Irrelevant (401); confusion of issues (403) | |
| 92:25 – 93:3; 93:6-12 | Irrelevant (401); confusion of issues (403) | |
| 95:8-14 | Irrelevant (401); confusion of issues (403) | |
| 236:25 – 237:22 | Irrelevant (401); confusion of issues (403) | |

**Michele Wherle:**

| Page:Line | Objection | Response |
|---|---|---|
| 95:23-25 | Irrelevant (401); unfairly prejudicial (403) | |

| 96:4-22 | Irrelevant (401); confusion of issues (403) | |
| 98:8-18 | Irrelevant (401); unfairly prejudicial | |
| 100:23 – 101:1 | Misleading and unfairly prejudicial (403) (the witness already testified to prostitution training much earlier than the question pre-supposes) | |

**Vince Vittatoe (Doc. 119):**

| Page:Line | Objection | Response |
|---|---|---|
| 22:3-7 | Irrelevant (401) | |
| 22:21-24 | Irrelevant (401) | |
| 24:8-10, 25 | Irrelevant (401) | |
| 66:6-12 | Irrelevant (401) | |
| 70:21-24 | Irrelevant (401); unfairly prejudicial (403); improper character evidence (404) | |
| 115:22 – 117:12 | Irrelevant (401); unfairly prejudicial (403); improper character evidence (404) | |
| 120:20 – 122:5 | Irrelevant (401); confusion of issues (403) | |
| 131:20 – 133:23 | Irrelevant (401); unfairly prejudicial and confusion of issues (403); improper character evidence (404); hearsay without any exceptions | |
| 145:16 – 146:7 | Irrelevant (401); confusion of issues/unfairly prejudicial (403); improper character evidence (404) | |

2

**Michael Thomas (Doc. 120):**

Red Roof objects to the use of Michael Thomas' deposition as he was not a percipient fact witness to any events that occurred regarding Plaintiff or the property at issue in this case. His testimony about what occurred at another property is irrelevant to the elements of Plaintiff's TVPRA claim. Moreover, it is unfairly prejudicial and confuses the issues for the jury as to what allegedly occurred at another property. Thomas' testimony creates a trial within a trial on what occurred at the Buckhead property. Finally, testimony about occurrences at an unrelated property, involving unrelated ventures and unrelated trafficking victims is barred by Evid.R. 404(a)(1) as it is an attempt to prove bad character by Red Roof Inn and taint the jury. Therefore, his entire testimony is irrelevant. Red Roof specifically objects to each designated portion of the testimony below. Further, Red Roof has provided counter designations to Mr. Thomas' testimony to the extent the Court overrules its objection only.

| Page:Line | Objection | Response |
|---|---|---|
| 14:24 – 15:5 | Irrelevant (401); confusion of issues/unfairly prejudicial (403); improper character evidence (404) | |
| 15:22-24 | Irrelevant (401); confusion of issues/unfairly prejudicial (403); improper character evidence (404) | |
| 16:4-13 | Irrelevant (401); confusion of issues/unfairly prejudicial (403); improper character evidence (404) | |
| 17:14 – 19:9 | Irrelevant (401); confusion of issues/unfairly prejudicial (403); improper character evidence (404) | |
| 27:2 – 39:20 | Irrelevant (401); confusion of issues/unfairly prejudicial | |

| Page:Line | Objection | Response |
|---|---|---|
|  | (403); improper character evidence (404); speculation |  |
| 40:6 – 46:4 | Irrelevant (401); confusion of issues/unfairly prejudicial (403); improper character evidence (404); speculation; hearsay |  |
| 46:18 – 48:11 | Irrelevant (401); confusion of issues/unfairly prejudicial (403); improper character evidence (404) |  |
| 48:12 – 49:2 | Irrelevant (401); confusion of issues/unfairly prejudicial (403); improper character evidence (404); speculation |  |

**Greg Stocker Individual:**

| Page:Line | Objection | Response |
|---|---|---|
| 17:7-10 | Confusion of issues (403) (there are not 5 Red Roof entities that are defendants in this case) |  |
| 27:10-25 | Irrelevant (401) and confusion of issues (403) (as to prostitution) |  |
| 28:11 – 29:1 | Irrelevant (401); confusion of issues (403); needlessly cumulative |  |
| 31:25 – 32:13 | Irrelevant (401); confusion of issues (403); lacks factual foundation |  |

4

| | | |
|---|---|---|
| 33:3 – 33:15 | Irrelevant (401); confusion of issues (403); lacks factual foundation | |
| 34:6-19 | Irrelevant (401); confusion of issues (403); lacks factual foundation | |
| 36:17 – 37:14 | Irrelevant (401); confusion of issues (403); lacks factual foundation | |
| 37:19-22 | Irrelevant (401); confusion of issues (403); lacks factual foundation | |
| 38:8-11 | Irrelevant (401); confusion of issues (403); lacks factual foundation | |
| 38:15-19 | Irrelevant (401); confusion of issues (403); lacks factual foundation | |
| 38:22-23 | Irrelevant (401); confusion of issues (403); lacks factual foundation | |
| 39:1-3 | Irrelevant (401); confusion of issues (403); lacks factual foundation | |
| 39:6-11 | Irrelevant (401); confusion of issues (403); lacks factual foundation | |
| 39:14-15 | Irrelevant (401); confusion of issues (403); lacks factual foundation | |
| 40:1 – 41:1 | Irrelevant (401); confusion of issues (403) | |
| 42:18-24 | Irrelevant (401); confusion of issues (403) | |
| 43:9 – 44:11 | Irrelevant (401); confusion of issues/ unfairly prejudicial (403) | |
| 55:9-15 | Irrelevant (401); confusion of issues (403) | |

| Page:Line | Objection | |
|---|---|---|
| 55:20 – 56:2 | Irrelevant (401); confusion of issues (403) | |
| 56:6-8 | Irrelevant (401); confusion of issues (403) | |
| 57:4-14 | Irrelevant (401); confusion of issues (403) | |
| 57:20-23 | Irrelevant (401); confusion of issues (403) | |
| 59:17 – 60:7 | Irrelevant (401); confusion of issues (403) | |
| 61:24 – 62:7 | Irrelevant (401); confusion of issues (403) | |
| 70:15-20 | Irrelevant (401); confusion of issues (403); privileged | |
| 78:4 – 80:21 | Irrelevant (401); confusion of issues (403) | |
| 81:4-19 | Irrelevant (401); confusion of issues (403) | |
| 82:9-14 | Irrelevant (401); confusion of issues (403) | |
| 94:23 – 95:14 | Irrelevant (401); confusion of issues (403) | |
| 96:7 – 99:5 | Irrelevant (401); confusion of issues (403 | |
| 99:17-21 | Irrelevant (401); confusion of issues (403) | |
| 100:14 – 101:6 | Irrelevant (401); confusion of issues (403) | |
| 102:3-13 | Irrelevant (401); confusion of issues (403); privileged | |
| 140:13-18 | Irrelevant (401); confusion of issues (403) | |

**Jay Moyer, March 18, 2022 (W.K.) (Doc. 117):**

| **Page:Line** | **Objection** | **Response** |
|---|---|---|

6

| | | |
|---|---|---|
| 25:1-7 | Irrelevant (401); unfairly prejudicial (403) | |
| 29:18-21 | Irrelevant (401); unfairly prejudicial (403); improper character evidence (404) | |
| 32:10 – 33:9 | Irrelevant (401); confusion of issues (403) | |
| 35:1-10 | Irrelevant (401); confusion of issues (403) | |
| 45:15 – 46:18 | Irrelevant (401); confusion of issues (403) | |
| 46:24 – 47:16 | Irrelevant (401); confusion of issues (403) | |
| 48:10 – 50:17 | Irrelevant (401); confusion of issues (403) | |
| 52:19 – 53:10 | Irrelevant (401); confusion of issues (403) | |
| 54:21 – 56:15 | Irrelevant (401); confusion of issues (403); improper hypothetical | |
| 58:10 – 59:19 | Irrelevant (401); confusion of issues (403) | |
| 120:1 – 128:24 | Irrelevant (401); confusion of issues/unfairly prejudicial (403); improper character evidence (404) | |
| 129:23 – 133:12 | Irrelevant (401); confusion of issues/unfairly prejudicial (403); improper character evidence (404) | |
| 133:24 – 134:21 | Irrelevant (401); confusion of issues (403); needlessly cumulative | |
| 135:1 – 138:12 | Irrelevant (401); confusion of issues/unfairly prejudicial | |

| | | |
|---|---|---|
| | (403); needlessly cumulative; improper character evidence (404) | |
| 141:1-14 | Irrelevant (401); confusion of issues/unfairly prejudicial (403); needlessly cumulative; improper character evidence (404) | |
| 142:1 – 144:5 | Irrelevant (401); confusion of issues (403) | |
| 144:10 – 145:12 | Irrelevant (401); confusion of issues (403) | |
| 145:24 – 146:4 | Irrelevant (401); confusion of issues (403); improper character evidence (404) | |
| 147:2 – 152:12 | Irrelevant (401); confusion of issues (403); improper character evidence (404) | |
| 152:21 – 153:10 | Irrelevant (401); confusion of issues (403); improper character evidence (404) | |
| 155:19 – 157:11 | Irrelevant (401); confusion of issues (403) | |
| 158:3 – 162:1 | Irrelevant (401); confusion of issues (403) | |
| 173:18 – 174:8 | Irrelevant (401); confusion of issues (403) | |
| 174:12 – 175:19 | Irrelevant (401); confusion of issues (403) | |
| 181:9 - 20 | Irrelevant (401); confusion of issues (403); improper hypothetical | |
| 181:25 – 182:2 | Irrelevant (401); unfairly prejudicial (403); | |

|  | improper character evidence (404); hearsay |  |
|---|---|---|
| 183:7 – 187:7 | Irrelevant (401); unfairly prejudicial (403); improper character evidence (404); hearsay |  |
| 187:15-17 | Irrelevant (401); unfairly prejudicial (403); improper character evidence (404); hearsay |  |
| 187:21 – 193:7 | Irrelevant (401); unfairly prejudicial (403); improper character evidence (404); hearsay |  |
| 201:3-5 | Irrelevant (401); unfairly prejudicial (403); improper character evidence (404) |  |
| 202:6-8 | Irrelevant (401); unfairly prejudicial (403); improper character evidence (404) |  |
| 202:18-23 | Irrelevant (401); unfairly prejudicial (403); improper character evidence (404) |  |
| 204:13 – 209:5 | Irrelevant (401); unfairly prejudicial (403); improper character evidence (404) |  |
| 209:14-22 | Irrelevant (401); unfairly prejudicial (403); improper character evidence (404) |  |
| 211:11 – 220:19 | Irrelevant (401); unfairly prejudicial (403); improper character evidence (404) |  |

| | | |
|---|---|---|
| 228:4-5 | Irrelevant (401); unfairly prejudicial (403); improper character evidence (404) | |
| 228:14 – 237:2 | Irrelevant (401); unfairly prejudicial (403); improper character evidence (404) | |
| 251:2-6 | Irrelevant (401); unfairly prejudicial/confusion of issues; (403); improper character evidence (404) | |
| 251:12 – 252:25 | Irrelevant (401); unfairly prejudicial/confusion of issues; (403); improper character evidence (404) | |
| 253:14 – 262:9 | Irrelevant (401); unfairly prejudicial/confusion of issues; (403); improper character evidence (404) | |
| 284:13-14 | Irrelevant (401); unfairly prejudicial/confusion of issues; (403); improper character evidence (404) | |
| 285:3 – 288:14 | Irrelevant (401); unfairly prejudicial/confusion of issues; (403); improper character evidence (404) | |
| 335:21 – 337:20 | Irrelevant (401); unfairly prejudicial/confusion of issues; (403); improper character evidence (404) | |

**Deposition of Jay Moyer, March 24, 2023 (H.B.) (Doc. 122):**

| Page:Line | Objection | Response |
|---|---|---|
| 16:24 – 18:10 | Irrelevant (401); confusion of issues (403) | |

10

| Page:Line | Objection | Response |
|---|---|---|
| 18:21 – 20:13 | Irrelevant (401); confusion of issues (403); improper hypothetical | |
| 20:19 – 22:23 | Irrelevant (401); confusion of issues (403) | |
| 26:7-15 | Foundation | |
| 32:8-19 | Irrelevant (401); confusion of issues/unfairly prejudicial (403) | |
| 33:17-24 | Irrelevant (401); confusion of issues/unfairly prejudicial (403) | |
| 34:2 – 35:12 | Irrelevant (401); confusion of issues/unfairly prejudicial (403) | |
| 36:13 – 37:4 | Hearsay | |
| 37:11 – 38:6 | Irrelevant (401); confusion of issues/unfairly prejudicial (403) | |
| 39:10 – 40:12 | Irrelevant (401); confusion of issues/unfairly prejudicial (403) | |

**Deposition of Glen Galbraith, March 24, 2023 (92-5):**

| Page:Line | Objection | Response |
|---|---|---|
| 38:16-17; 39:2 – 40:25; 41:5-20 | Irrelevant (401); confusion of issues (403); needlessly cumulative | |
| 43:4-18 | Irrelevant (401); needlessly cumulative | |
| 60:5 – 17 | Irrelevant (401); argumentative; confusion of issues (403) | |

11

| | | |
|---|---|---|
| 62:21 – 25 | Irrelevant (401); seeks a legal conclusion; foundation; improper legal standard; confusion of issues (403) | |
| 63:2-8 | Irrelevant (401); confusion of issues (403) | |
| 63:23 – 65:19 | Irrelevant (401); confusion of issues (403); seeks legal conclusion; improper legal standard | |
| 70:5 – 72:10 | Irrelevant (401); confusion of issues (403) | |
| 75:17-21; 76:13 – 77:11 | Irrelevant (401); confusion of issues (403); hearsay | |
| 77:18 – 78:12 | Irrelevant (401); confusion of issues (403); foundation | |
| 78:18 – 79:8 | Irrelevant (401); confusion of issues (403); foundation | |
| 79:9 – 80:6 | Irrelevant (401); confusion of issues (403); hearsay; foundation | |
| 80:21 – 81:6; 81:13 – 83:17 | Irrelevant (401); confusion of issues (403) | |
| 83:20 – 85:20 | Irrelevant (401); confusion of issues (403) | |
| 86:3-6; 86:11-15 | Irrelevant (401); confusion of issues (403) | |
| 87:6 – 89:18 | Irrelevant (401); confusion of issues (403) | |
| 90:22 – 92:15 | Irrelevant (401); confusion of issues (403) | |
| 93:5 – 96:4 | Irrelevant (401); confusion of issues (403) | |
| 96:20 – 97:1 | Hearsay | |
| 97:8 – 98:7 | Hearsay; speculation | |

| | | |
|---|---|---|
| 98:9 – 105:18 | Hearsay; speculation; irrelevant (401); unfairly prejudicial (403); foundation | |
| 105:21 – 108:2 | Speculation; calls for lay opinion; improper attorney testimony | |
| 108:4 – 110:1 | Speculation; improper lay opinion; improper attorney testimony | |
| 110:4 – 111:12 | Hearsay; foundation | |
| 111:16-17 | Hearsay | |
| 112:9 – 118:1 | Hearsay; unfairly prejudicial (403) | |
| 119:22 – 122:20 | Hearsay; unfairly prejudicial (403); Irrelevant (401) | |
| 122:21 – 126:12 | Irrelevant (401); confusion of issues (403) | |
| 135:25 – 136:24 | Irrelevant (401); confusion of issues (403); foundation | |
| 141:12 – 16 | Irrelevant (401); confusion of issues (403) | |
| 143:5 – 144:21 | Irrelevant (401); confusion of issues (403) | |
| 145:16 – 148:10 | Irrelevant (401); confusion of issues (403) | |
| 149:24 – 151:15 | Irrelevant (401); confusion of issues (403); assumes facts not in evidence; improper hypothetical; | |
| 151:16 – 154:4 | Irrelevant (401); confusion of issues (403); foundation | |
| 155:19 – 156:23 | Irrelevant (401); confusion of issues (403) | |

| | | |
|---|---|---|
| 156:24 – 158:14 | Irrelevant (401); confusion of issues (403); needlessly cumulative | |
| 160:12-20 | Irrelevant (401); confusion of issues (403) | |
| 162:2 – 163:4 | Irrelevant (401); confusion of issues/unfairly prejudicial (403); improper hypothetical; seeks irrelevant legal conclusions | |
| 163:11 – 165:2 | Irrelevant (401); confusion of issues/unfairly prejudicial (403); improper hypothetical; seeks irrelevant legal conclusions | |
| 170:7-10 | Not testimony | |
| 175:10 – 176:2 | Seeks legal conclusion; improper lay opinion; portions not testimony | |

## John Park Deposition (Doc. 125):

| Page:Line | Objection | Response |
|---|---|---|
| 14:13-18; 15:2-7 | Confusion of issues (there are not 5 defendants in this case) (403) | |
| 58:22 – 59:22 | Irrelevant (401); confusion of issues (403); needlessly cumulative | |
| 63:1-12 | Irrelevant (401); confusion of issues (403) | |
| 63:22 – 64:3 | Irrelevant (401); confusion of issues (403) | |

| | | |
|---|---|---|
| 68:22 – 69:1 | Irrelevant (401); confusion of issues (403) | |
| 69:14-19 | Irrelevant (401); confusion of issues (403) | |
| 72:4-13 | Irrelevant (401); confusion of issues (403) | |
| 122:17-25 | Irrelevant (401); confusion of issues/unfairly prejudicial (403) | |