# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| H.B., <br><br>     Plaintiff, <br><br> v. <br><br> RED ROOF INNS, INC., *et al.*, <br><br>     Defendants. | ) CIVIL ACTION FILE <br> ) <br> ) NO. 1:22-cv-01181-JPB <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER GRANTING MOTION IN LIMINE TO EXCLUDE POST-JANUARY 2012 EVIDENCE

    The RRI Defendants (Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC) have moved to exclude evidence at trial of incidents and conduct that post-date Plaintiff's alleged trafficking at RRI Norcross. After considering the Motion, the Court GRANTS this Motion.

    It is hereby ORDERED that Plaintiff is prohibited from introducing any evidence of incidents and conduct that occurred after January 19, 2012 at trial.

**SO ORDERED,** _____ DAY OF _____, 2024.

_____
HON. J P. BOULEE
JUDGE, NORTHERN DISTRICT OF GEORGIA

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made pursuant to Civ. R. 5(b)(2)(e) through this Court's electronic filing system. Parties may access the filing through the Court's system.

Dated: October 21, 2024

/s/ Marcella C. Ducca
Marcella C. Ducca (Ga. Bar No. 115079)

*One of the Attorneys for Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC*