### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| H.B., <br><br> Plaintiff, <br><br> v. <br><br> RED ROOF INNS, INC., *et al*., <br><br> Defendants. | ) CIVIL ACTION FILE <br> ) <br> ) NO. 1:22-cv-01181-JPB <br> ) <br> ) <br> ) <br> ) <br> ) |

### [PROPOSED] ORDER ON MOTION TO SEAL AND FOR LEAVE TO FILE UNDER SEAL

This matter is before the Court on Defendants' Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC (RRI Defendants) Motion to Seal RRI Defendants' Motion to Admit Evidence Under Federal Rule of Evidence 412. The Court has inquired into the motion and hereby **GRANTS** it. RRI Defendants may file under seal the documents listed in their Motion to Admit Evidence Under Federal Rule of Evidence 412, the Memorandum in Support, and the accompanying exhibits.

Any materials filed under seal pursuant to this Order shall remain under seal until further ordered by this Court.

**SO ORDERED**, this \_\_\_\_ day of _____ 2024.

_____
Hon. J.P. Boulee
Judge, Northern District of Georgia

6657143.1