IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.B.,<br><br>    Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO.:<br><br>1:22-CV-01181-JPB |

### DEFENDANTS' MOTION REGARDING ENTRY OF ELECTRONIC EQUIPMENT FOR THE NOVEMBER 4, 2024 PRETRIAL CONFERENCE

Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC, ("Defendants") hereby move this Court for an Order permitting the below individuals to bring and use electronic devices in connection with the pretrial conference scheduled to begin at 10:00 a.m. on November 4, 2024 in Courtroom 1908. The Defendants anticipate the below individuals will bring: (a) laptops and tablet computers; and (b) cellular phones:

| NAME | AFFILIATION |
|---|---|
| Sandra Wunderlich | Counsel for Defendants |
| Chelsea Mikula | Counsel for Defendants |
| Joseph Manno | Counsel for Defendants |
| Elisabeth Arko | Counsel for Defendants |

1

| Anthony Damelio | Client Representative |
|---|---|

Defendants respectfully submit that such electronic equipment and things will aid them in their presentation of evidence in this proceeding.

Respectfully submitted, this 22nd day of October, 2024.

/s/ *Marcella C. Ducca*
**Marcella C. Ducca**
Georgia Bar No. 115079

**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, GA 30305
Tel. (678) 553-7336
Fax (678) 553-7335
duccam@gtlaw.com

**Chelsea Mikula** (Admitted *Pro Hac Vice*)
**Elisabeth C. Arko** (Admitted *Pro Hac Vice*)
**Joseph A. Manno** (Admitted *Pro Hac Vice*)
**TUCKER ELLIS LLP**
950 Main Avenue—Suite 1100
Cleveland, Ohio 44113-7213
Tel.: 216.592.5000
Fax: 216.592.5009
chelsea.mikula@tuckerellis.com
elisabeth.arko@tuckerellis.com
joseph.manno@tuckerellis.com

**Sandra J. Wunderlich** (Admitted *Pro Hac Vice*)
**TUCKER ELLIS LLP**
100 South Fourth Street, Suite 600
St. Louis, MO 63102-1822
Tel.: 314.256.2550

Fax: 314.256.2549
sandra.wunderlich@tuckerellis.com

*Attorneys for Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC*

## CERTIFICATE OF COMPLIANCE WITH LR 5.1C, NDGa

I hereby certify pursuant to LR 7.1D, NDGa that the foregoing document has been prepared with one of the fonts and point selections approved by this Court in LR 5.1C, NDGa, using a 14-point Times New Roman font.

                                                  */s/ Marcella C. Ducca*
                                                  Marcella C. Ducca

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2024, **Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC, Motion Regarding Entry of Electronic Equipment for November 4, 2024 Pretrial Conference** was filed electronically. Service of this filing will be made pursuant to Civ. R. 5(b)(2)(e) by operation of this Court's electronic filing system. Parties may access the filing through the Court's system.

                                                                  */s/ Marcella C. Ducca*
                                                                  Marcella C. Ducca