IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.B.,<br><br>    Plaintiff,<br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO.:<br>1:22-CV-01181-JPB |

## [PROPOSED] ORDER PERMITTING ELECTRONIC EQUIPMENT FOR NOVEMBER 4, 2024 PRETRIAL CONFERENCE

The Motion of Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC, ("Defendants") regarding Entry of Electronic Equipment into the Courtroom is hereby GRANTED. The below individuals are permitted to bring laptops, tablet computers, and cellular phones into the Courthouse for the pretrial conference on November 4, 2024 without a blue attorney ID card issued through the U.S. Marshal's Service.

| NAME | AFFILIATION |
|---|---|
| Sandra Wunderlich | Counsel for Defendants |
| Chelsea Mikula | Counsel for Defendants |
| Joseph Manno | Counsel for Defendants |
| Elisabeth Arko | Counsel for Defendants |

1

| Anthony Damelio | Client Representative |

       **IT IS SO ORDERED** this \_\_\_\_ day of October 2024.

 

                                        _____
                                        **Hon. J.P. Boulee**
                                        **United States District Judge**

Order prepared by: Marcella C. Ducca