IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.B.,<br><br>    Plaintiff,<br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO.:<br><br>1:22-CV-01181-JPB |

## ORDER

The Motion of Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC, ("Defendants") regarding Entry of Electronic Equipment into the Courtroom is hereby **GRANTED**. The below individuals are permitted to bring laptops, tablet computers, and cellular phones into the Courthouse for the pretrial conference on November 4, 2024 without a blue attorney ID card issued through the U.S. Marshal's Service.

| NAME | AFFILIATION |
|---|---|
| Sandra Wunderlich | Counsel for Defendants |
| Chelsea Mikula | Counsel for Defendants |
| Joseph Manno | Counsel for Defendants |
| Elisabeth Arko | Counsel for Defendants |

1

| Anthony Damelio | Client Representative |
|---|---|

**IT IS SO ORDERED** this 22nd day of October, 2024.

_____
**J. P. BOULEE**
United States District Judge