UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.B., <br><br> Plaintiff, <br><br> v. <br><br> RED ROOF INNS, INC., et al., <br><br> Defendants. | CIVIL ACTION NO. <br> 1:22-cv-01181-JPB |

## ORDER

This matter is before the Court on two motions to seal [Docs. 183 and 191]. For good cause shown, the motions are **GRANTED**.

The Clerk is **DIRECTED** to seal the following exhibits attached to Plaintiff's Consolidated Motions in Limine: Exhibits 1, 2, 4, 5 and 6. The Clerk is **FURTHER DIRECTED** to seal Exhibit 1 attached to Plaintiff's Motion in Limine to Exclude Evidence of Other Sexual Behavior and Defendants' Motion to Admit Evidence under Federal Rule of Evidence 412.

**SO ORDERED** this 23rd day of October, 2024.

J. P. BOULEE
United States District Judge