# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| H.B.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC., *et al.*,<br><br>　　　　Defendants. | ) CIVIL ACTION FILE<br>)<br>) NO. 1:22-cv-01181-JPB<br>)<br>)<br>)<br>)<br>) |

## RRI DEFENDANTS' MOTION TO SEAL AND FOR LEAVE TO FILE UNDER SEAL

Pursuant to Fed R. Civ. P. 26(c), Fed. R. Civ. P. 5.2(d), and Local Rule 79.1(b) Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC (RRI Defendants) respectfully request to file this Motion to Seal RRI Defendants' Opposition to Plaintiff's Motion to Exclude Evidence of Other Sexual Behavior Under Federal Rule of Evidence 412. This document contains personal, medical, and confidential information that would subject parties to substantial injury if made publicly available and further violate the protective order put forth in this case. For the foregoing reasons, the Court should therefore grant this Motion.

A Memorandum in Support of this Motion is contemporaneously filed and incorporated fully.

Dated: October 28, 2024				Respectfully submitted,

<u>/s/ Marcella C. Ducca</u>
Marcella C. Ducca (Ga Bar No. 115079)
Brandon D. Cox (Ga Bar No. 832025)
GREENBERG TAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

Sandra J. Wunderlich (pro hac vice)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO 63102-1822
Telephone:  314.256.2550
Facsimile:  314.256.2549
sandra.wunderlich@tuckerellis.com

Chelsea Mikula (pro hac vice)
Joseph A. Manno (pro hac vice)
Elisabeth C. Arko (pro hac vice)
Emily R. Grace (pro hac vice)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  216.592.5000
Facsimile:  216.592.5009
chelsea.mikula@tuckerellis.com
joseph.manno@tuckerellis.com
elisabeth.arko@tuckerellis.com
emily.grace@tuckerellis.com

*Attorneys for Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC*

2

## **RULE 7.1D CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D) of the United States District Court of the Northern District of Georgia, the undersigned certifies that the submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14-point size.

Dated: October 28, 2024

                                            <u>*/s/ Marcella C. Ducca*</u>
                                            Marcella C. Ducca

                                            *Attorneys for Defendants Red Roof Inns,*
                                            *Inc., FMW RRI I, LLC, and RRI West*
                                            *Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2024, a copy of the forgoing was filed electronically. Service of this filing will be made pursuant to Civ. R. 5(b)(2)(e) through this Court's electronic filing system. Parties may access the filing through the Court's system.

Dated: October 28, 2024

                                      */s/ Marcella C. Ducca*
                                      Marcella C. Ducca

                                      *Attorneys for Defendants Red Roof Inns, Inc., FMW RRI I, LLC, and RRI West Management, LLC*