# EXHIBIT A

## W.K. Trial Transcript June 24, 2024

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF GEORGIA
 2                          ATLANTA DIVISION

 3

 4   W.K. et al.,                     )
                                      )
 5              Plaintiffs,           )
                    v.                )  CIVIL ACTION
 6                                    )  FILE NO. 1:20-CV-05263-VMC
     RED ROOF INNS, INC. et al.,      )
 7                                    )
                Defendants.           )  JURY TRIAL
 8   _____)  VOLUME 9 - A.M.

 9

10
     ----------------------------------------------------------------
11

12          BEFORE THE HONORABLE VICTORIA M. CALVERT

13                  TRANSCRIPT OF PROCEEDINGS

14                       JUNE 24, 2024

15
     ----------------------------------------------------------------
16

17

18
          Proceedings recorded by mechanical stenography
19          and computer-aided transcript produced by

20
                 WYNETTE C. BLATHERS, RMR, CRR
21                   Official Court Reporter
                     2114 U.S. Courthouse
22                 75 Ted Turner Drive, SW
                   Atlanta, Georgia  30303
23                      (404) 215-1547

24

25
```

```
 1  APPEARANCES:

 2  For the Plaintiffs:      TIANA S. MYKKELTVEDT
                             AMANDA K. SEALS
 3                           MICHAEL R. BAUMRIND
                             MANOJ S. (Sachin) VARGHESE
 4                           Attorneys at Law
                             Bondurant Mixson & Elmore, LLP
 5                           1201 West Peachtree Street NW
                             Suite 3900
 6                           Atlanta, Georgia  30309

 7                           RORY A. WEEKS
                             JONATHAN TONGE
 8                           PATRICK J. MCDONOUGH
                             Attorneys at Law
 9                           Andersen, Tate & Carr, P.C.
                             One Sugarloaf Centre
10                           1960 Satellite Boulevard
                             Suite 4000
11                           Duluth, Georgia  30097

12  For the Defendants:      CHELSEA R. MIKULA
                             ELISABETH C. ARKO
13                           SPENCER E. KREBS
                             JOSEPH A. MANNO
14                           Attorneys at Law
                             Tucker Ellis, LLP
15                           950 Main Avenue
                             Suite 1100
16                           Cleveland, Ohio  44113-7213

17                           SANDRA WUNDERLICH
                             Attorney at Law
18                           Tucker Ellis, LLP
                             100 South 4th Street
19                           Suite 600
                             St. Louis, Missouri  63102
20
                             MARCELLA C. DUCCA
21                           Attorney at Law
                             Greenberg Traurig, LLP
22                           Terminus 200, Suite 2500
                             3333 Piedmont Road NE
23                           Atlanta, Georgia  30305

24

25
```

|   |   |
|---|---|
| 1 | **INDEX TO EXAMINATIONS** |

| WITNESS | PAGE |
|---|---|
| JOSEPH FONSECA | |
| Direct Examination By Ms. Mykkeltvedt | 12 |
| Cross-Examination By Mr. Krebs | 35 |
| Redirect Examination By Ms. Mykkeltvedt | 50 |
| Recross-Examination By Mr. Krebs | 56 |

```
 1  it, where it's at.
 2          THE COURT:  All right.  Ms. Mykkeltvedt, do you want
 3  to lay more of a foundation?
 4          MS. MYKKELTVEDT:  Sure.  There is no objection to the
 5  authenticity of these police reports, your Honor.  There's no
 6  objection to the authenticity or the foundation of the police
 7  reports.
 8          THE COURT:  Are you objecting to him testifying about
 9  it?
10          MR. KREBS:  I'm objecting to the foundation.  She
11  hasn't laid the foundation to actually use the exhibit with
12  him and, also, the hearsay in the document.  I don't know what
13  she's going to use with respect to the document, but there's
14  been no foundation laid for it.
15          MS. MYKKELTVEDT:  He just described that he was
16  involved in multiple arrests at the Red Roof Inn in Buckhead.
17  It's during the time period when he was on the MATCH Task
18  Force.
19          THE COURT:  Okay.  Well, those are the things to
20  ask --
21          MS. MYKKELTVEDT:  Right.  And there's no -- we've
22  redacted any of the hearsay out of it.
23          THE COURT:  So is he going to say that this is
24  something he was involved with?
25          MS. MYKKELTVEDT:  No, he's not.
```

1          MR. KREBS:  Right --
2          THE COURT:  So.
3          MS. MYKKELTVEDT:  But it's admissible on its own to
4    demonstrate what was happening at the Red Roof Inn at the time
5    Special Agent Fonseca was involved in the task force, and it
6    reflects the same kind of conduct that he's just described.
7          THE COURT:  I'm going to sustain the objection, which
8    is just to this exhibit.  We can talk about it later, but for
9    right now I'll sustain it.
10   BY MS. MYKKELTVEDT:
11   Q    Okay.  Did the Buckhead Red Roof Inn have a reputation
12   among law enforcement at the time?
13   A    With myself and our task force it was -- it did have the
14   reputation of being a place where prostitution was prevalent,
15   yes.
16   Q    Did you ever, as part of your surveillance of the Buckhead
17   Red Roof Inn, interact with the managers who worked there?
18   A    On a routine basis we would speak to the management and to
19   staff at the hotels, yes.
20   Q    That was part of your general practice?
21   A    It is -- it was.
22   Q    And did you sometimes offer training to hotels?
23   A    We did.
24   Q    Did the managers of the Buckhead Red Roof Inn ever take
25   you up on your offer to provide them training?

1  A    They did not.
2  Q    Did the managers of the Buckhead Red Roof Inn cooperate
3  with law enforcement?
4  A    To the extent that they never -- I can say I never had a
5  positive interaction with the Red Roof Inn.  I didn't get the
6  warm and fuzzies that told us we don't have to go through
7  their parking lot anymore to search for incidents of
8  prostitution.
9  Q    Were there other hotels that did cooperate with the MATCH
10 task force?
11 A    Oh, yes, plenty.
12 Q    Special Agent Fonseca, in your work -- as part of your
13 work with the MATCH Task Force, did you ever have occasion to
14 visit the Red Roof Inn on Windy Hill Road at 2200 Corporate
15 Plaza?
16 A    I did.
17 Q    And that's in Smyrna?
18 A    It is.
19 Q    I'm going to show you Exhibit 640, which has been
20 admitted, your Honor.
21          Special Agent Fonseca, can you describe for us the
22 Smyrna property?
23 A    Yes.  That property is located behind kind of a mall
24 complex with -- I believe that's a Target or a Wal-Mart that's
25 right behind it.  There's a Target.  At the top corner, at