UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.B.,<br><br>    Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC. et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-1181-JPB |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE EVIDENCE OF ECONOMIC DAMAGES**

Plaintiff seeks general, noneconomic damages, including past, present, and future physical and mental harm and pain and suffering, and punitive damages under the civil-liability statute of the Trafficking Victims Protection Reauthorization Act (TVPRA), 18 U.S.C. § 1595(a). Doc. 166 at 19–20. Plaintiff does not seek economic damages and therefore does not oppose Defendants' motion.

Respectfully submitted on October 28, 2024.

ANDERSEN, TATE & CARR, P.C.

*Rory A. Weeks*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Rory A. Weeks

                                        Georgia Bar No. 113491
                                        rweeks@atclawfirm.com
                                        Jennifer M. Webster
                                        Georgia Bar No. 760381
                                        jwebster@atclawfirm.com
                                        *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted on October 28, 2024.

ANDERSEN, TATE & CARR, P.C.

*Rory A. Weeks*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Rory A. Weeks
Georgia Bar No. 113491
rweeks@atclawfirm.com
Jennifer M. Webster
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted on October 28, 2024.

                                                          ANDERSEN, TATE & CARR, P.C.

                                                          */s/ Rory A. Weeks*
                                                          PATRICK J. MCDONOUGH
                                                          Georgia Bar No. 489855
                                                          pmcdonough@atclawfirm.com
                                                          JONATHAN S. TONGE
                                                          Georgia Bar No. 303999
                                                          jtonge@atclawfirm.com
                                                          RORY A. WEEKS
                                                          Georgia Bar No. 113491
                                                          rweeks@atclawfirm.com
                                                          JENNIFER M. WEBSTER
                                                          Georgia Bar No. 760381
                                                          jwebster@atclawfirm.com
                                                          *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile