# Exhibit 1- PX57 Red Roof's Operations Manual Provisionally filed under seal