UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.B.,<br><br>　　Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC. et al.,<br><br>　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-1181-JPB |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Pursuant to Federal Rules of Civil Procedure 26(c )(1) and 5.2(d), Local Rule 79.1(B), and the Protective Orders in this case (Doc. 8 and Doc. 76 ), Plaintiff files this Motion for Leave to file the following exhibit under seal:

| Ex. No. | Description | Redacted or Requested to be Sealed |
|---|---|---|
| 1 | PX57- Red Roof's Operations Manual | Slip Sheet; Under Seal |

Thus, Plaintiff requests leave to file under seal this exhibit as it includes sensitive, protected, and/or identifying information in reference to Plaintiff, documents, or persons as identified in the protective orders.

Respectfully submitted on October 28, 2024.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*

                                                           Patrick J. McDonough
                                                         Georgia Bar No. 489855
                                                         pmcdonough@atclawfirm.com
                                                         Jonathan S. Tonge
                                                         Georgia Bar No. 303999
                                                         jtonge@atclawfirm.com
                                                         Rory A. Weeks
                                                         Georgia Bar No. 113491
                                                         rweeks@atclawfirm.com
                                                         Jennifer M. Webster
                                                         Georgia Bar No. 760381
                                                         jwebster@atclawfirm.com
                                                         *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Rory A. Weeks
Georgia Bar No. 113491
rweeks@atclawfirm.com
Jennifer M. Webster
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted on October 28, 2024.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Rory A. Weeks
Georgia Bar No. 113491
rweeks@atclawfirm.com
Jennifer M. Webster
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile