UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.B., <br><br> Plaintiff, <br><br> v. <br><br> RED ROOF INNS, INC. et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:22-cv-1181-JPB |

**PROPOSED ORDER ON PLAINTIFF'S MOTION TO SEAL**

Now before this Court is Plaintiff's Motion to Seal. Plaintiff requests leave to file the following document under seal:

| Ex. No. | Description | Redacted or Requested to be Sealed |
|---|---|---|
| 1 | PX57- Red Roof's Operations Manual | Slip Sheet; Under Seal |

For good cause shown, this motion is GRANTED. Plaintiff is authorized to file under seal the document identified in Plaintiff's Motion.

SO ORDERED this ___ day of _____, 2024.

_____
J.P. BOULEE
United States District Judge