| | |
|---|---|
| **From:** | Allushi, Adi <Adi.Allushi@lewisbrisbois.com> |
| **Sent:** | Wednesday, February 22, 2023 10:10 AM |
| **To:** | Jonathan S. Tonge; Pat McDonough |
| **Cc:** | Alexis O. Rivera; Briscoe, Tameika; Mobley, Cameron; Nation, Deborah |
| **Subject:** | RE: H.B. v. RRI, et al. |
| **Attachments:** | HB_FMW_000546-HB_FMW_000546.pdf |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Jon – sorry for delay, been prepping for a bench trial tomorrow. Please see attached employee list. I will get back to you on RRI West Friday after my call w Red Roof. Thanks



**Adi Allushi**
**Partner**
Adi.Allushi@lewisbrisbois.com

**T: 404.991.2173 F: 404.467.8845**

600 Peachtree Street NE, Suite 4700, Atlanta, GA 30308 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you a not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Jonathan S. Tonge <jtonge@atclawfirm.com>
**Sent:** Tuesday, February 21, 2023 12:24 PM
**To:** Allushi, Adi <Adi.Allushi@lewisbrisbois.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Alexis O. Digiorgio <adigiorgio@atclawfirm.com>; Briscoe, Tameika <Tameika.Briscoe@lewisbrisbois.com>; Mobley, Cameron <Cameron.Mobley@lewisbrisbois.com>; Nation, Deborah <Deborah.Nation@lewisbrisbois.com>
**Subject:** [EXT] RE: H.B. v. RRI, et al.

Adi,
Good talking to you on Friday. You had said that you had the list of hotel employees for Norcross. When can you send that over?
Also, as discussed, we need to get this in writing: please confirm that we are sharing all depositions from the W.K., J.A., C.P. case in the H.B. case.
Finally, do you have confirmation that your client(s) consent to the addition of RRI West Management as a party? We need to get that motion filed and it is holding up our ability to do the 30b6 depos that we need to do if the representative cannot speak for RRI West.
Please let me know on this as soon as you can. Thanks,
Jon

 *Please join us at Andersen, Tate & Carr for our annual Relay for Life Cookout Thursday, May 18th, 2023 12:00 - 3:00 p.m.*

**DONATE Here** | **RSVP Here**

| | |
|---|---|
| **Jonathan S. Tonge**<br>Attorney at Law | Tel:   770-822-0900<br>Fax:  770-236-9784<br>Email:jtonge@atclawfirm.com<br>Web: www.atclawfirm.com<br> |
|  | Andersen, Tate & Carr, P.C.<br>1960 Satellite Boulevard<br>Suite 4000<br>Duluth, Georgia 30097<br>Map and Directions |