# EXHIBIT 6

# Provisionally Sealed