# EXHIBIT 7

# Provisionally Sealed