**Subject:** FW: H.B. - GA - DE Red Roof Inns Supplemental Responses to Discovery
**Attachments:** HB - GA - DE Red Roof Inns Supplemental Responses & Objections to PLs First Interrogatories.pdf; HB - GA - DE Red Roof Inns Supplemental Responses to PLs First Request for Production.pdf; HB - GA - HB_NDGA_Red_Roof_00001691 - HB_NDGA_Red_Roof_00001696.pdf

---

**From:** Wunderlich, Sandra J. <Sandra.Wunderlich@tuckerellis.com>
**Sent:** Thursday, October 3, 2024 4:51 PM
**To:** Jonathan S. Tonge <jtonge@atclawfirm.com>
**Cc:** Pat McDonough <pmcdonough@atclawfirm.com>; Manno, Joseph A. <Joseph.Manno@tuckerellis.com>; Mikula, Chelsea <Chelsea.Mikula@tuckerellis.com>; duccam@gtlaw.com; coxb@gtlaw.com; Rory Weeks <rweeks@atclawfirm.com>; Grace, Emily <emily.grace@tuckerellis.com>; Arko, Elisabeth Leonard <elisabeth.arko@tuckerellis.com>
**Subject:** H.B. - GA - DE Red Roof Inns Supplemental Responses to Discovery

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Dear Jon:

We appreciate you recently providing a copy of Red Roof Inns, Inc.'s prior written discovery responses in this case, which was not previously in our file received from Lewis Brisbois. We are not sure if these responses were supplemented before, but just in case they were not formally supplemented, we are providing a supplemental answer to Interrogatory No. 12, and the corresponding RFP, along with a copy of the list of employees. Please let us know if you have any questions.

Regards,

Sandy

**Sandra J. Wunderlich| Partner |Tucker Ellis LLP**
100 South Fourth Street | Suite 600 | St. Louis, MO 63102
Direct:  (314) 256-2544 | Mobile: (314) 323-7967
Sandra.Wunderlich@tuckerellis.com
Tuckerellis.com