# EXHIBIT 10

# Provisionally Sealed