UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.B.,<br><br>    Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC. et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-1181-JPB |

**[PROPOSED]**
**ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Before this Court is Plaintiff's Motion to File Under Seal. Plaintiff requests leave to file under seal her Motion for Sanctions and Exhibits 6, 7, and 10 thereto. Plaintiff's Motion to Seal is based on her Motion for Sanctions and those Exhibits containing information covered by the Protective Orders (Docs. 8 & 76) in this case.

The Court concludes that there is good cause to grant leave to seal the unredacted exhibits. Thus, the Court GRANTS Plaintiff's motion to file under seal.

It is so ordered this ___ day of _____, 2024.

_____
HON. J.P. BOULEE
UNITED STATES DISTRICT COURT JUDGE