UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.B., <br><br> Plaintiff, <br><br> v. <br><br> RED ROOF INNS, INC., et al., <br><br> Defendants. | CIVIL ACTION NO. <br> 1:22-cv-01181-JPB |

### ORDER

This matter is before the Court on two motions to seal [Docs. 199 and 209]. For good cause shown, the motions are **GRANTED**.

The Clerk is **DIRECTED** to seal Defendants' Opposition to Plaintiff's Motion to Exclude Evidence of Other Sexual Behavior and Exhibit 1, which is identified in Plaintiff's Motion to File Under Seal [Doc. 209].

**SO ORDERED** this 30th day of October, 2024.

J. P. BOULEE
United States District Judge