## ATTACHMENT F-1 – PLAINTIFF'S WITNESS LIST

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| H.B. | Contact through Plaintiffs' counsel | Will |
| ■■■■■■ | ■■■■■■ | May |
| ■■■■■■ | ■■■■■■ | May |
| ■■■■■■ | ■■■■■■ | May |
| Abigail M. Judge, Ph.D. | 1734 Massachusetts Avenue<br>Suite 12<br>Cambridge, MA 02138 | May |
| Fred Del Marva, PI, PPO | 21666 North 58th Avenue<br>Arrowhead Lakes<br>Glendale, Arizona 85308 | May |
| Heather Gilmore | Contact through defense counsel | May |
| John Randall Stump, Jr. | 2362 Robin Ridge Dr.<br>Dacula, GA 30019 | May |
| Erin Richardson | 770 Hi Hope Road,<br>Lawrenceville, GA 30043 | May |
| Jon P. Doherty | 770 Hi Hope Road,<br>Lawrenceville, GA 30043 | May |
| Chuck Warbington | | May |
| Andrew Alexander | 100 Main Street North<br>St. Petersburg, FL 33716<br>(216) 496-9122 | May |
| Glenn Galbraith | Contact through defense counsel | May |

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| George Limbert | Contact through defense counsel | May |
| Marina MacDonald | Contact through defense counsel | May |
| Tom McElroy | 83 River Rise Way<br>Inlet Beach, FL 32461<br>(901) 488-8135 | May |
| Jay Moyer | 1329 Moher Boulevard<br>Franklin, TN 37069 | May |
| John Park | Contact through defense counsel | May |
| Greg Stocker | Contact through defense counsel | May |
| Vince Vittatoe | Contact through defense counsel | May |
| Michelle Wehrle | Contact through defense counsel | May |
| Kimberly Rachal | Contact through defense counsel | May |
| Forrest Castille | 1408 Adams Lake Boulevard SE<br>Atlanta, GA 30339<br>(762) 359-1595 | May |
| Michael Thomas | 851 E 169th Street, Apt C<br>Bronx, NY 10459<br>(972) 800-8525 | May |
| Vanessa Cole | 1393 Tysons Corner<br>Marietta, GA 30062<br>(770) 313-5756 | May |
| Brian Crosby | 770 Hi Hope Road,<br>Lawrenceville, GA 30043 | May |
| Christopher T. Fish | 770 Hi Hope Road,<br>Lawrenceville, GA 30043 | May |

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| Darryl Nelson | 770 Hi Hope Road, Lawrenceville, GA 30043 | May |
| Jun Jeon | 770 Hi Hope Road, Lawrenceville, GA 30043 | May |
| Kevin Cotto | 770 Hi Hope Road, Lawrenceville, GA 30043 | May |
| Michael McKenzie | 770 Hi Hope Road, Lawrenceville, GA 30043 | May |
| Christopher Long | 770 Hi Hope Road, Lawrenceville, GA 30043 | May |
| Mindy C. Beyreuther | 770 Hi Hope Road, Lawrenceville, GA 30043 | May |
| Joe Fonseca | 971 Deron Drive Lawrenceville, GA 30044 (678) 682-0575 | May |
| Pat McDonough (solely as to attorneys' fees and expenses) | Andersen, Tate & Carr, P.C. 1960 Satellite Boulevard, Suite 4000 Duluth, GA 30097 (678) 518-6859 | May |
| Custodian of records for Norcross Police Department | 75 Lawrenceville Street Suite 100 Norcross, GA 30071 | May |
| Custodian of records for Gwinnett County Police Department | 770 Hi Hope Road Lawrenceville, GA 30044 | May |

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| Custodian of records for Gwinnett County Sheriff's Office | 2900 University Parkway Lawrenceville, GA 30044 | May |
| Custodian of records for Dekalb County Sheriff's Office | 4415 Memorial Drive Decatur, GA 30032 | May |
| Custodian of records for Dekalb County Police Department | 1960 W. Exchange Place Room 210 Tucker, GA 30084 | May |
| Custodian of records for PACT Atlanta | 465 Winn Way Suite 221 Decatur, GA 30030 | May |
| Custodian of records for Peachford Hospital | 2151 Peachford Rd Dunwoody, GA 30338 | May |
| Custodian of records for Hillandale Emory Hospital | 2801 Dekalb Medical Pkwy Lithonia, GA 30058 | May |
| Custodian of records for DeKalb Medical at North Decatur | 2701 North Decatur Road Decatur, GA 30033 | May |
| Custodian of Records for American Medical Response of Georgia | 1380 Beverage Dr Stone Mountain, GA 30083 | May |

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| Custodian or records for other documents produced in discovery to be supplemented in advance of the final pre-trial | | May |
| Any witness identified on the Defendants' witness list | N/A | May |
| Maria Martinez[1] | PO Box 2521 Norcross, GA 30091 | May |
| Josefa Mendez | 6259-S Norcross Tucker Rd Tucker, GA 30084 (678) 421-9809 | May |
| Candida Nava Nava | 6258 Hayes Dr Norcross, GA 30093 (770) 256-1947 | May |
| Luebirder Jones | 3065 Binghampton Lane, Lawrenceville, GA 30044 (404) 399-0304 | May |
| Chavito Ferguson | 419 Chamberlain Street #C4, Atlanta, GA 30312 (404) 758-958 | May |
| Guadalupe Mendez | 6259 S Norcross Tucker Rd, Tucker, GA 30084 (678) 497-5406 | May |
| Keon D. Edge | 2717 Ashley Club Cir Norcross, GA 30092 (336) 389-7368 | May |
| Maria Bustos | 1504 Lia Hills Drive Norcross, GA 30071 (770) 242-1865 | May |

---

[1] Defendants do not object to the addition of the remaining witnesses on this list. While Plaintiff does not intend to call every additional witness at trial, Plaintiff received their contact information for the first time from Defendants on October 3, 2024. Plaintiff is diligently reaching out to each individual to realistically assess which witnesses she intends to call at trial.

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| Jacqueline D. Pickens | 497 Dollar Mill Road Atlanta, GA 30331 (404) 259-4173 | May |
| Edilberta Callejas | 1635 Pirkle Road Apt 622 Norcross, GA 30093 (678) 789-0623 | May |
| Charmaine N. Sims | 1000 Sheppard Rd Stone Mountain, GA 30083 (912) 604-2719 | May |
| Evelin Y. Herrera | 785 Walnut Creek Dr NW Lilburn, GA 30047 (404) 997-0266 | May |
| Josefina I. Callejas | 1147 Riva Ridge Norcross, GA 30093 (678) 729-4496 | May |
| Ashley R. Cotton | 2825 Windy Hill Road SE Marietta, GA 30067 (318) 609-1177 | May |
| Makisia Harris | 118 Waverly Place Hamilton, NJ 08610 | May |
| Cerita M. Stewart | 1373 Hydaburg Ln Norcross, GA 30093 (678) 392-0152 | May |
| Miranda R. Taylor | 5171 Brook Hollow Pkwy Norcross, GA 30071 | May |
| Nicole A. Carter | | May |
| Tiffany Petteway-Blount | 3207 Beech Drive Decatur, GA 30032 | May |
| Isabelle Caudle | 6836 Cinnamon Creek Circle Fayetteville, NC 28314 | May |
| Agnes Baksh | 2647 Whitesmill Road Decatur, GA 30034 (404) 879-8760 | May |
| Rochelle Skipper | 3169 Meadow Wood Court Lawrenceville, GA 30044 (404) 403-0558 | May |
| Shaneza Seerattan | 985 Wolf Springs Court Lawrenceville, GA 30043 | May |
| Christine Clements | 6452 Elrod St Atlanta, GA 30340 | May |
| Shkeena Rymes | 11221 E. Palmer Ave Kansas City, MO 64134 | May |
| Michelle Manus | 1305 Cone Circle Grayson, GA 30017 | May |

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| Javon Gay | 1305 Cone Circle Grayson, GA 30017 | May |
| Ann-Margaret Wilson | PO Box 1811 Lawrenceville, GA 30046 (770) 500-3010 | May |
| LaJoyce Fleming | 5566 Estates Court Norcross, GA 38127 | May |
| Claudia Ross | 1702 Windy Hill PT Lawrenceville, GA 30046 (404) 454-0064 | May |
| Patricia Pitts | 560 Heritage Woods Drive Dacula, GA 30019 (678) 863-3024 | May |
| Tayech Beri | 2171 Ferentz Trace Norcross, GA 30071 (404) 543-9848 | May |
| Tanishia Rudolph | 402 Trace LN #402 Lawrenceville, GA 30046 (404) 904-3633 | May |
| Florence George | 1401 N Hairston Road Apt. 6F Stone Mtn., GA 30083 (404) 510-9837 | May |
| Tyshawndra Lowe | 3779 Grant Road, Lot No. 164, Ellenwood, GA 30294 (470) 253-5903 | May |
| Linda Mbunwe | 1850 Graves Road, Apt. 317, Norcross, GA 30093 | May |

**Summary of Expert Witness Testimony**

The following is a summary of the expected testimony of each of Plaintiffs' expert witnesses:

1. <u>Dr. Abigail Judge:</u> Dr. Judge will explain how Plaintiff's personal vulnerabilities contributed to her susceptibility to being sex trafficked. Additionally, Dr. Judge will provide an explanation of the ways in which Plaintiff's exploitation is consistent with the patterns and indicators of sex trafficking that Dr. Judge has observed in her professional experience assessing and treating sex trafficking victims. And Dr. Judge will testify about the damages Plaintiff suffered as a result of her sex trafficking at the Red Roof Inn, as well as other issues addressed in her expert reports served in this case. Dr. Judge may also serve to rebut the testimony of defense experts.