**ATTACHMENT G-2**
**DEFENDANTS' TRIAL EXHIBITS**

| EXHIBIT # | BATES | DATE | DESCRIPTION | OBJECTION | RESPONSE |
|---|---|---|---|---|---|
| D001 | N/A | 6/21/2022 | Plaintiff's Initial Disclosures | | |
| D002 | N/A | 8/3/2022 | Plaintiff's Responses to DE Red Roof Inn Inc.'s First Request for Production of Documents to Plaintiff | | |
| D003, Interrogatory Nos. 2, 3, 14, 16 | N/A | 8/3/2022 | Plaintiff's Responses to DE Red Roof Inn Inc.'s First Interrogatories to Plaintiff, H.B. | | |
| D004, Interrogatory No. 14 | N/A | 10/25/2022 | Plaintiff's Supplemental Responses to DE Red Roof Inns Inc.'s First Interrogatories to Plaintiff H.B. | | |
| D005, Interrogatory Nos. 1-2 | N/A | 11/1/2022 | Plaintiff's Supplemental Responses to DE Red Roof Inns Inc.'s First Interrogatories to Plaintiff H.B. | | |
| D007 | N/A | 3/24/2022 | Complaint for Damages | | |
| D008 | HBINSTAGRAM_0001-0078 | | Plaintiff H.B. Instagram | Authenticity, Relevance, Rule 404(b), Rule 403, Rule 412, Prejudice, Confusion | Relevant to issue in case, including damages as well as elements of Plaintiff's case. |
| D009 | Plaintiff H.B. 000151 - 000153 | 1/19/2012 | Gwinnett County PD Incident 2345 | | |
| D010 | Plaintiff H.B. 000171 | 10/18/2013 | State Court of Gwinnett County | | |
| D011 | Plaintiff H.B. 000172 - 000173 | 10/29/2013 | State Court of Gwinnett County | | |
| D012 | Plaintiff H.B. 000174 - 000175 | 10/29/2013 | State Court of Gwinnett County | | |
| D013 | Plaintiff H.B. 000176 - 000177 | 10/29/2013 | State Court of Gwinnett County | | |

<table>
<tr><td colspan="6" align="center"><strong>ATTACHMENT G-2<br>DEFENDANTS' TRIAL EXHIBITS</strong></td></tr>
</table>

| EXHIBIT # | BATES | DATE | DESCRIPTION | OBJECTION | RESPONSE |
|---|---|---|---|---|---|
| D014 | Plaintiff H.B. 000178 - 000179 | 11/18/2013 | State Court of Gwinnett County | | |
| D015 | Plaintiff H.B. 000182 - 000183 | 7/8/2014 | State Court of Gwinnett County | | |
| D016 | Plaintiff H.B. 000184 - 000185 | 7/10/2014 | State Court of Gwinnett County | | |
| D017 | Plaintiff H.B. 000186 - 000187 | 7/11/2014 | State Court of Gwinnett County | | |
| D018 | Plaintiff H.B. 000188 | 7/11/2014 | State Court of Gwinnett Count | | |
| D019 | Plaintiff H.B. 000190 - 000191 | 9/23/2014 | State Court of Gwinnett Count | | |
| D020 | Plaintiff H.B. 000192 - 000193 | 10/29/2014 | State Court of Gwinnett County | | |
| D021 | Plaintiff H.B. 000194 - 000195 | 2/2/2015 | State Court of Gwinnett County | | |
| D022 | Plaintiff H.B. 000372 - 000375 | 10/13/2018 | State Court of Gwinnett County | | |
| D025 | Plaintiff H.B. 000769 | | Gwinnett Cty Police Incident Report (Galbraith 015) | | |
| D030 | Plaintiff H.B. 002573 | | State Court of Gwinnett County - Revocation Order re. Skii Dena Morris | | |
| D031 | Plaintiff H.B. 002586 | | Folio - Skii Morris | | |
| D032 | Plaintiff H.B. 002590 | | Folio - Teresa Fortune | | |
| D033 | Plaintiff H.B. 002598 | | State Court of Gwinnett County- Accusation re. Teresa Ann Fortune | | |
| D034 | Plaintiff H.B. 002601 | | Dekalb County State Court 16C92583 Confinement | Prejudice, Relevance, Rule 404(b), Rule 403 | Relevant to issues in case, including damages |

2

**ATTACHMENT G-2**
**DEFENDANTS' TRIAL EXHIBITS**

| EXHIBIT # | BATES | DATE | DESCRIPTION | OBJECTION | RESPONSE |
|---|---|---|---|---|---|
| D035 | Plaintiff H.B. 002606 - 002609 | 3/8/2016 | Dekalb County PD Incident Report- Re. Aggravated Battery & Armed Robbery | Prejudice, Relevance, Rule 404(b), Rule 403 | Relevant to issues in case, including damages |
| D036 | Plaintiff H.B. 002610 - 002612 | 8/6/2016 | Dekalb County PD Incident Report- Re. Suspicious Person | Prejudice, Relevance, Rule 404(b), Rule 403 | Relevant to issues in case, including damages |
| D044 | Plaintiff H.B. 010338 | | Peachford Hospital Records | | |
| D045 | Plaintiff H.B. 010438 | | Emory Decatur Records | Relevance, Prejudice, Confusion, Rule 412, Rule 404(b), Rule 403 | Relevant to issues in case, including damages and elements of Plaintiff's claims. |
| D049 | Plaintiff H.B. 010927–010928 | 1/27/2023 | Abigail Judge Ph.D. Retainer Agmt | | |
| D051 | RRI 000263 - 000305 | | Red Roof InnSider Employee Handbook | | |
| D052 | RRI_WK_00011505 – 00011527 | | Housekeeping Handbook, | | |
| D053 | HB_NDGA_Red_Roof_00000140 - 193 | | Red Roof Standards Manual, | | |
| D054 | HB_NDGA_Red_Roof_00000402 - 00000424 | | Safety and Security Presentation | | |
| D055 | RRI_WK_000028347-000028365 | | Safety and Security Presentation | | |
| D056 | HB_NDGA_Red_Roof_00000708 - 00001504 | | Manager in Training Manual | | |

**ATTACHMENT G-2**
**DEFENDANTS' TRIAL EXHIBITS**

| EXHIBIT # | BATES | DATE | DESCRIPTION | OBJECTION | RESPONSE |
|---|---|---|---|---|---|
| D057 | RRI_WK_00011168 – 00011306HB_NDGA_Red_Roof_00000001 - 00000139 | | Operations Manual, Safety and Security December 2010 | | |
| D058 | RRI_WK_00011789 - 00011817 | | Red Roof Inn General Manager Safety and Security Presentation | | |
| D059 | RRI 000137 – 000177 | | GSR Inn Sider | | |
| D065[1] | RRI 000923 - 000940 | March 28, 2012 | Red Roof Inn Weekly e-Pak | Relevance, Confusion re timing | Defendants reserve the right to utilize this exhibit should the Court rule on MILs that affect its admissibility. |
| D066 | HB_NDGA_Red_Roof_140 - 193 | | Standards Manual | | |
| D067 | HB_NDGA_Red_Roof_194 | | Red Roof Inn #10166 - Norcross GA Site Specific Addendum | | |
| D068 | HB_NDGA_Red_Roof_195 - 214 | | March 22, 2001 Security Services Agreement with Wackenhut Security | | |
| D069 | HB_NDGA_Red_Roof_261-284 | | August 25, 2011 Addendum to Franchise Agreement | | |
| D070 | HB_NDGA_Red_Roof_285 - 328 | | August 25, 2011 Franchise Agreement | | |
| D071 | HB_NDGA_Red_Roof_329-353 | | FMW RRI III, LLC Limited Liability Company Agreement | | |

---

[1] While the Red Roof Defendants maintain that this, as well as many others on Plaintiff's exhibit list is irrelevant as to time, the Red Roof Defendants identify this exhibit as a contingent exhibit which is contingent on the Court's ruling on other exhibits. The Red Roof Defendants reserve the right to use this exhibit should it need to rebut evidence presented by other exhibits on Plaintiff's list.

| ATTACHMENT G-2 DEFENDANTS' TRIAL EXHIBITS | | | | | |
|---|---|---|---|---|---|
| EXHIBIT # | BATES | DATE | DESCRIPTION | OBJECTION | RESPONSE |
| D073 | HB_NDGA_Red_Roof_425-438 | | RRI West Management, LLC Limited Liability Agreement | | |
| D074 | HB_NDGA_Red_Roof_439-707 | | Lease Agreement between FMW RRI I, LLC and FMW RRI OPCO, LLC | | |
| D075 | HB_NDGA_Red_Roof_708-1504 | | Corporate MIT Manual | Relevance, Confusion re timing | Relevant because it includes information that was utilized during the relevant time period. |
| D076 | HB_NDGA_Red_Roof_1505-1617 | | Management Agreement FMW RRI Opco, LLC and RRI West Management, LLC | | |
| D077 | HB_NDGA_Red_Roof_1619 | | 2012 Performance Evaluation Nicole Carter | Relevance, Confusion re timing | Relevant because based on prior actions which included time frame at issue. |
| D078 | HB_NDGA_Red_Roof_1621 - 1688 | | August 25, 2011 Franchise Agreement between Red Roof Franchising, LLC and FMW RRI Opco, LLC | | |
| D079 | HB_NDGA_Red_Roof_1689 | | RRI166 Atl Indian Trail Jan-12 TTM | | |
| D080 | HB_NDGA_Red_Roof_1690 | | RRI166 Atl Indian Trail Dec-12 TTM | | |
| D081 | HB_NDGA_Red_Roof_00001618 | | Kimberly Rachal MIT Evaluation | | |
| D082 | RRI_WK_00004866 | | NR 6 months 2012 | | |
| D085 | Ex. 2 to Deposition of Glen Galbraith | | Organization Chart | | |
| D086 | RRI_WK_00004867-RRI_WK_00004868 | | District 11 2012 Quality Results | | |

5

**ATTACHMENT G-2**
**DEFENDANTS' TRIAL EXHIBITS**

| EXHIBIT # | BATES | DATE | DESCRIPTION | OBJECTION | RESPONSE |
|---|---|---|---|---|---|
| D088[2] | RRI_WK_00048249-RRI_WK_00048251 | February 6, 2012 | Incident Report | Relevance, Confusion re timing | Defendants reserve the right to utilize this exhibit should the Court rule on MILs that affect its admissibility. |
| D089 | RRI_WK_00011327; 11662; 11505-11527; 11602-11606; 11660; 11373-11413; 11588-11589 | | August 17, 2010 Email Correspondence | Relevance, Confusion re timing | Relevant to elements of Plaintiff's TVPRA claim. |
| D094 | RRI_WK_00053510 | | October 20, 2008 Medallia Review | | |
| D095 | RRI_WK_00053511-RRI_WK_00053514 | | November 14, 2008 Email Correspondence | | |
| D096 | RRI_WK_00069571-RRI_WK_00069572 | | February 3, 2012 Incident Report | | |
| D099 | RRI_WK_00004870 | | District 11 2012 Analysis | | |
| D101 | RRI_WK_00004867 - 4868 | | District 11 2012 Quality Results YTD | | |
| D102 | RRI_WK_00004866 | | District 11 NR Report | | |
| D104 | RRI_WK_00000786 | | Case List for District 11 | | |
| D128 | | | Videotaped interview with H.B. by Dr. Matthew Normal | Prejudicial, Confusing, Waste of Time, Cumulative, Misleading, Rule 403, Rule 412. | Relevant statements by Plaintiff to damages and elements of Plaintiff's TVPRA claim. |
| D129 | | 2/24/2023 | Personality Assessment Inventory Interpretive Report | | |

---

[2] While the Red Roof Defendants maintain that this, as well as many others on Plaintiff's exhibit list is irrelevant as to time, the Red Roof Defendants identify this exhibit as a contingent exhibit which is contingent on the Court's ruling on other exhibits. The Red Roof Defendants reserve the right to use this exhibit should it need to rebut evidence presented by other exhibits on Plaintiff's list.

**ATTACHMENT G-2**
**DEFENDANTS' TRIAL EXHIBITS**

| EXHIBIT # | BATES | DATE | DESCRIPTION | OBJECTION | RESPONSE |
|---|---|---|---|---|---|
| D130 | | 2/24/2023 | PTSD Checklist for DSM-5 (PCL-5) | | |
| D131 | | 2/24/2023 | Patient Health Questionnaire-9 (PHQ-9) | | |
| D132 | | 2/24/2023 | Generalized Anxiety Disorder-7 (GAD-7) | | |
| D133 | Bristol Report | | See Crime in the United States, Human Trafficking reports, individually for 2014, 2015, 2016, 2017, and 2018, written by FBI Criminal Justice Information Services Division special report. | | |
| D134 | HBTagged 0001-733 | | Business Records of Tagged owned by The Meet Group | Authenticity, Relevance, Rule 404(b), Rule 403, Rule 412, Prejudice, Confusion | Relevant to Plaintiff's elements of TVPRA and damages. |
| D135 | RRI000762-871 | 6/2009 | Assistant General Manager Development Guide | | |
| D136 | Bristol Report | | DOJ Press Release, *GA Man Sentenced to 15 Years on Sex Trafficking & Mann Act Charges, 1/24/2008* | | |
| D137 | Bristol Report | | DOJ Press Release, *GA Woman Sentenced to 140 Months in Prison for Human Trafficking, 10/13/2011* | | |
| D138 | Bristol Report | | DOJ Press Release, *Key Member of Atlanta Human Trafficking Ring Pleads Guilty to Sex Trafficking Charges, 7/30/2009* | | |
| D139 | Bristol Report | | DOJ Press Release, *Georgia Man Sentenced to 17 Years in Prison for Sex Trafficking of a Minor, 3/21/2012* | | |
| D140 | Bristol Report | | FBI Press Release, *Atlanta Man Sentenced for Sex Trafficking of Minors, 8/3/2011* | | |
| D141 | Bristol Report | | FBI Press Release, *Convicted Felon Sentenced for Sex Trafficking of a Minor, 12/5/2021* | | |
| D142 | Bristol Report | | FBI Press Release, *Man Who Operated Sex Trafficking Ring Sentenced to Life in Federal Prison, 9/19/2012* | | |
| D143 | Bristol Report | | DHS ICE Press Release, *GA man who attempted to buy child for sex sentenced to 10 years, 2/20/2014* | | |

7

| ATTACHMENT G-2 DEFENDANTS' TRIAL EXHIBITS | | | | | |
|---|---|---|---|---|---|
| **EXHIBIT #** | **BATES** | **DATE** | **DESCRIPTION** | **OBJECTION** | **RESPONSE** |
| D144 | Bristol Report | | Georgia Public Safety Training Center Press Announcement, GPSTC Announces New Human Trafficking Online Course, 9/5/2018 | | |
| D145 | HB_NDGA_Red_Roof_00000215 - 224 | 8/3/2010 | Manager in Training Program Overview | | |
| D146 | Plaintiff's Deposition Exhibit D-3 | 8/25/2017 | DeKalb County Police Department Incident Report | | |
| D147 | Plaintiff's Deposition Exhibit D-4 | 11/24/2019 | Union City Police Department Incident Report | | |
| D148 | Plaintiff's Deposition Exhibit D-5 | 1/21/2021 | DeKalb County Police Department Incident Report | | |
| D149 | Plaintiff's Deposition Exhibit D-6 | | Tagged Terms of Service | | |
| D150 | Plaintiff HB 011023 – 011029 | | Dr. Judge File Materials | | |
| D151 | Judge Deposition Exhibit 4 | | Statement of Account | | |
| D152 | Plaintiff HB 002570 - 002571 | | Stump Affidavit Exhibits | | |

## Learned Treatises

| Description | Objection | Response |
|---|---|---|
| How Local Police Can Combat the Global Problem of Human Trafficking: Collaboration, Training, Support for Victims, and Technology Are Keys to Success, Police Executive Research Forum (PERF) (2020), retrieved from: https://www.policeforum.org/assets/CombatHumanTrafficking.pdf+ | | |

| | | |
|---|---|---|
| Kimberly Mehlman-Orozco, Safe Harbor Policies for Juvenile Victims of Sex Trafficking: A Myopic View of Improvements in Practice, 3 Social Inclusion 52 (2015) | | |
| Kimberly Mehlman-Orozco, Projected Heroes and Self-Perceived Manipulators: Understanding the Duplicitous Identities of Human Traffickers, 23 Trends in Organized Crime 95, 105-106 (2017) | | |
| Mehlman-Orozco, Kimberly. (2017). Hidden in Plain Sight: America's Slaves of the New Millennium. Praeger | | |
| OJJDP's EZAUCR | | |
| Atlanta Journal-Constitution, CEO tied to child-sex trafficking, 11/9/2010, updated 1/25/2016 | | |
| | | |
| Cook, Rhonda, "Human Trafficking Documented in Georgia." The Atlanta Journal Constitution, May 2, 2014. | | |
| Georgia Public Safety Training Center Press Announcement, GPSTC Announces New Human Trafficking Online Course, 9/5/2018 | | |
| Kenneth J. Weiss, The Subject of Objectivity, Subjectively Considered, 49 J AM ACAD PSYCHIATRY LAW, 422–27 (2021) | | |
| Gerald Young, PTSD in Court III: Malingering, assessment, and the law, 52 INT'L J.L. & PSYCHIATRY, 81-102 (2017) | | |

| | | |
|---|---|---|
| Adriel Boals and Lisa M. Hathaway, The importance of the DSM-IV E and Fcriteria in self-report assessments of PTSD, 24 J. ANXIETY DISORDERS, 161-66(2010) | | |
| Chelsea N. Wooley and Richard Rogers, The Effectiveness of the Personality<br>Assessment Inventory with Feigned PTSD: An Initial Investigation of Resnick's<br>Model of Malingering, 22 SAGE, 449-58 (2015) | | |
| James Knoll and Phillip J. Resnick, The Detection of Malingered Post-traumatic<br>Stress Disorder, 29 PSYCHIATR CLIN N AM, 629-47 (2006) | | |
| Shahid Ali, et al., Multimodal Approach to Identifying Malingered Posttraumatic Stress Disorder: A Review, 12 INNOV CLIN NEUROSCI., 12-20<br>(2015) | | |
| Mikel Matto, et al., A Systematic Approach to the Detection of False PTSD, 47 J<br>AM ACAD PSYCHIATRY LAW, 1-10 (2019) | | |
| B. Christopher Frueh, et al., Apparent Symptom Overreporting in Combat<br>Veterans Evaluated for PTSD, 20 CLINICAL PSYCHOLOGY REVIEW, 853–885<br>(2000) | | |
| Paul R. Lees–Haley, MMPI-2 Base Rates for 492 Personal Injury Plaintiffs:<br>Implications and Challenges for Forensic Assessment, 53 J CLIN PSYCHOL,<br>745-55 (1997) | | |

| | | |
|---|---|---|
| Steven Taylor, et al., Detection and management of malingering in people<br>presenting for treatment of posttraumatic stress disorder: Methods, obstacles,<br>and recommendations, 21 JOURNAL OF ANXIETY DISORDERS, 22-41 (2007) | | |
| Richard Roger, et al., Explanatory Models of Malingering: A Prototypical<br>Analysis, 18 LAW AND HUMAN BEHAVIOR, 543-52 (1994) | | |
| American Psychological Association, Specialty Guidelines for Forensic<br>Psychology, AMERICAN PSYCHOLOGIST (2013) | | |
| Diagnostic And Statistical Manual Of Mental Disorders, Fifth Edition, TextRevision (DSM-5-TR) | | |
| Posttraumatic Stress Disorder in the National Comorbidity Survey. Kessler,<br>Ronald C. Ph.D. etc. Arch Gen Psychiatry. 1995;52:1048-1060. | | |
| Psychiatric Dictionary Seventh Edition. Robert Jean Campbell, M.D. New York<br>Oxford University Press. 1996 | | |
| Lifetime Prevalence and Age-of-Onset Distributions of DSM-IV Disorders in<br>the National Comorbidity Survey Replication. Kessler, Ronald, C. Ph.D. etc.<br>Arch Gen Psychiatry. 2005;62:593-602 | | |
| Sex Differences in Trauma and Posttraumatic Stress Disorder: A Quantative<br>Review of 25 Years of Research. Tolin, David F. and Foa, Edna B. American<br>Psychological Association Bulletin 2006;132(6) 959-992 | | |

| | | |
|---|---|---|
| A Second Look at Prior Trauma and the Posttraumatic Stress Disorder Effects of the Subsequent Trauma A Prospective Epidemiological Study. Breslau, Naomi, Ph.D.; Peterson, Edward L., Ph.D.; Schultz, Lonni R., Ph.D. Arch Gen Psychiatry. 2008;65(4)431-437 | | |
| Heterogeneity in the Course of Posttraumatic Stress Disorder: Trajectories of Symptomatology. Dickstein, Benjamin D. and Suvak, Michael. etc. Journal of Traumatic Stress, 2010;23(3)331-339 | | |
| Faking Bad in Workers Compensation Psychological Assessments: Elevation Rates of Negative Distortion Scales on the Personality Assessment Inventory in an Australian Sample. Yoxall, Jacqueline, etc. Psychiatry, Psychology and Law, 2017; 24(5)682-693 | | |
| The Subject of Objectivity, Subjectively Considered. Weiss, Kenneth J. M.D. Journal of the American Academy of Psychiatry and the Law, 2021; 49 422-427 | | |
| Posttraumatic stress disorder in adults: Epidemiology, pathophysiology, clinical manifestations, course, assessment, and diagnosis. Sareen, Jitender, M.D. FRCPC. 2022 | | |

12