UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.B.,<br><br>   Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC. et al.,<br><br>   Defendants. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-1181-JPB |

## PLAINTIFF'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM

Plaintiff, by and through the undersigned counsel, moves the court for an order allowing counsel and staff for counsel to bring electronic equipment into the courtroom for the Pretrial Conference in the above-captioned matter, and states as follows:

(a) The Pretrial Conference in this matter is scheduled to begin at 10:00 a.m. on November 4, 2024;

(b) Counsel intends to utilize the available electronic capabilities that are in the courtroom during the scheduled Pretrial Conference:

| Name | Electronic Equipment |
|---|---|
| Patrick J. McDonough<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, cellular phone/smartphone, charger |
| Jonathan S. Tonge<br>Andersen, Tate & Carr, P.C. | Laptop, power cord, cellular phone/smartphone, charger |

| Name | Electronic Equipment |
|---|---|
| Attorney | |
| Rory A. Weeks<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, cellular phone/smartphone, charger |
| Jennifer M. Webster<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, cellular phone/smartphone, charger |

(c) Counsel believes that the utilization of this technology will permit for more efficient and expedited proceedings and will aid in the presentation of the case.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting this Motion and permit the above-referenced persons to bring the electronic equipment set forth above into the courtroom and further request that said order be provided to the U.S. Marshals so that counsel, staff of counsel, parties and party representatives may enter the courthouse and courtroom with the above-listed equipment without delays.

Respectfully submitted this 30th day of October, 2024.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jonathan S. Tonge*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999

                jtonge@atclawfirm.com
                RORY A. WEEKS
                Georgia Bar No. 113491
                rweeks@atclawfirm.com
                JENNIFER M. WEBSTER
                Georgia Bar No. 760381
                jwebster@atclawfirm.com
                *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted this 30th day of October, 2024.

                                        ANDERSEN, TATE & CARR, P.C.

                                        */s/ Jonathan S. Tonge*
                                        PATRICK J. MCDONOUGH
                                        Georgia Bar No. 489855
                                        pmcdonough@atclawfirm.com
                                        JONATHAN S. TONGE
                                        Georgia Bar No. 303999
                                        jtonge@atclawfirm.com
                                        RORY A. WEEKS
                                        Georgia Bar No. 113491
                                        rweeks@atclawfirm.com
                                        JENNIFER M. WEBSTER
                                        Georgia Bar No. 760381
                                        jwebster@atclawfirm.com
                                        *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send an email notification of such filing to the attorneys of record.

Respectfully submitted this 30th day of October, 2024.

                              ANDERSEN, TATE & CARR, P.C.

                              */s/ Jonathan S. Tonge*
                              PATRICK J. MCDONOUGH
                              Georgia Bar No. 489855
                              pmcdonough@atclawfirm.com
                              JONATHAN S. TONGE
                              Georgia Bar No. 303999
                              jtonge@atclawfirm.com
                              RORY A. WEEKS
                              Georgia Bar No. 113491
                              rweeks@atclawfirm.com
                              JENNIFER M. WEBSTER
                              Georgia Bar No. 760381
                              jwebster@atclawfirm.com
                              *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile