UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.B., <br><br> Plaintiff, <br><br> v. <br><br> RED ROOF INNS, INC. et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:22-cv-1181-JPB |

## ORDER ON PLAINTIFF'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM

IT IS HEREBY ORDERED that Plaintiff in the above-referenced case be permitted to bring the following electronic devices into the Richard B. Russell Building, for the purposes of trial that is expected to proceed for approximately three weeks starting November 12, 2024, before Judge J.P. Boulee.

| Name | Electronic Equipment |
|---|---|
| Patrick J. McDonough <br> Andersen, Tate & Carr, P.C. <br> Attorney | Laptop, power cord, cellular phone/smartphone, charger |
| Jonathan S. Tonge <br> Andersen, Tate & Carr, P.C. <br> Attorney | Laptop, power cord, cellular phone/smartphone, charger |
| Rory A. Weeks <br> Andersen, Tate & Carr, P.C. <br> Attorney | Laptop, power cord, cellular phone/smartphone, charger |
| Jennifer M. Webster <br> Andersen, Tate & Carr, P.C. <br> Attorney | Laptop, power cord, cellular phone/smartphone, charger |

1

| Name | Electronic Equipment |
|---|---|
| Alexis Rivera<br>Andersen, Tate & Carr, P.C.<br>Paralegal | Laptop, power cord, cellular phone/smartphone, charger |
| Daniel S. Codman<br>Courtroom Visuals, Inc.<br>IT Staff | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner |

IT IS SO ORDERED THIS _____ DAY OF _____, 2024.

_____
J.P. BOULEE
UNITED STATES DISTRICT JUDGE