UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.B., | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE |
| v. | : |
| | : NO. 1:22-cv-01181-JPB |
| RED ROOF INNS, INC., et al., | : |
| | : |
| Defendants. | : |

**PLAINTIFF'S NOTICE OF VIDEOTAPED DEPOSITION OF KEON D. EDGE**

TO:   Keon Edge

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26 and 30, and by agreement of counsel, counsel for Plaintiff will take the videotaped deposition of Keon D. Edge. The deposition will be taken for all purposes permitted by the Federal Rules of Civil Procedure. The deposition will begin at 12:30 p.m. (EDT) on November 1, 2024, via Zoom. The deposition will be taken by oral examination before an officer duly authorized to administer oaths. The deposition will be videotaped.

**Remote Video-Conference Deposition**. All participants must join via video or audio. The deposition will be conducted in a manner that ensures all parties can see and hear the deponent, the attorneys, and the Court Reporter at all times.

1

**Record**. The Court Reporter, consistent with the rules relating to the take down of deposition testimony, will provide the official transcript of the deposition in the usual course and manner. The Court Reporter will administer the oath via video. The deposition will continue from day to day until the examination is complete. The deposition may also be recorded by video via zoom or other technology.

Respectfully submitted this 31st day of October, 2024.

                                        ANDERSEN, TATE & CARR, P.C.

                                      */s/ Jonathan S. Tonge*
                                      Patrick J. McDonough
                                      Georgia Bar No. 489855
                                      pmcdonough@atclawfirm.com
                                      Jonathan S. Tonge
                                      Georgia Bar No. 303999
                                      jtonge@atclawfirm.com
                                      Rory A. Weeks
                                      Georgia Bar No. 113491
                                      rweeks@atclawfirm.com
                                      Jennifer M. Webster
                                      Georgia Bar No. 760381
                                      jwebster@atclawfirm.com
                                      *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted this 31st day of October, 2024.

            ANDERSEN, TATE & CARR, P.C.

            */s/ Jonathan S. Tonge*
            Patrick J. McDonough
            Georgia Bar No. 489855
            pmcdonough@atclawfirm.com
            Jonathan S. Tonge
            Georgia Bar No. 303999
            jtonge@atclawfirm.com
            Rory A. Weeks
            Georgia Bar No. 113491
            rweeks@atclawfirm.com
            Jennifer M. Webster
            Georgia Bar No. 760381
            jwebster@atclawfirm.com
            *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all counsel of record.

Respectfully submitted this 31st day of October, 2024.

                                                    ANDERSEN, TATE & CARR, P.C.

                                                   */s/ Jonathan S. Tonge*
                                                   Patrick J. McDonough
                                                   Georgia Bar No. 489855
                                                   pmcdonough@atclawfirm.com
                                                   Jonathan S. Tonge
                                                   Georgia Bar No. 303999
                                                   jtonge@atclawfirm.com
                                                   Rory A. Weeks
                                                   Georgia Bar No. 113491
                                                   rweeks@atclawfirm.com
                                                   Jennifer M. Webster
                                                   Georgia Bar No. 760381
                                                   jwebster@atclawfirm.com
                                                   *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile