UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.B.,<br><br>    Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:22-cv-01181-JPB |

## ORDER

This matter is before the Court on Plaintiff's Motion to File Under Seal [Doc. 212].  For good cause shown, the motion is **GRANTED**.

The Clerk is **DIRECTED** to seal Plaintiff's Motion for Sanctions and Exhibits 6, 7 and 10 attached thereto.

**SO ORDERED** this 1st day of November, 2024.

J. P. BOULEE
United States District Judge