UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.B.,<br><br>  Plaintiff,<br><br> v.<br><br>RED ROOF INNS, INC., et al.,<br><br>  Defendants. | CIVIL ACTION NO.<br>1:22-CV-01181-JPB |

## ORDER

  This matter is before the Court on the parties' Notice of Tentative Settlement [Doc. 222].  In light of the pending settlement, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket management purposes. Administrative closure will not prejudice the rights of the parties to this litigation in any manner nor preclude the filing of documents.  If settlement negotiations fail, the parties need only file a motion to reopen the case within the time period covered by this Order.

  The parties are **ORDERED** to file the appropriate documents to dispose of the case within thirty days.  Absent an extension or further order of the Court, if no

request to reopen the case is made within thirty days, the Court may dismiss the case with prejudice.

**SO ORDERED** this 1st day of November, 2024.

_____
J. P. BOULEE
United States District Judge